**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

In re:

SILVERGATE LIQUIDATION CORP., *et al.*,   Chapter 11

Debtors   Case No. 24-12158 (KBO)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, the UNITED STATES TRUSTEE has not appointed an official committee of unsecured creditors.

( )   Debtor's petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

**( x )   Insufficient response to the United States Trustee communication/contact for service on the committee.**

( )   No unsecured creditor interest.

( )   Non-operating debtor-in-possession - - No creditor interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

( )   Other:

ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9

*/s/ Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
benjamin.a.hackman@usdoj.gov
Joseph J. McMahon, Jr.
Assistant United States Trustee

DATED: Oct. 10, 2024
cc: Counsel for Debtors: Paul Heath (Richards, Layton & Finger, P.A.)