IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SILVERGATE CAPITAL CORPORATION,** *et al.*[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 24-12158 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 5, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Counsel Regarding Scheduling of Omnibus Hearing Dates** (Docket No. 785)

- **Order Scheduling Omnibus Hearing Dates** (Docket No. 786)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 6, 2025

_____
Serina Tran

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 6th day of June 2025 by Serina Tran.

_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amazon Web Services, Inc. | | 410 Terry Avenue | | North Seattle | WA | 98109-5210 |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chargrin Blvd, Ste 207 | Beachwood | OH | 44122 |
| Apex Systems, LLC | | 3750 Collections Center Drive | | Chicago | IL | 60693 |
| Bucks County Employees Retirement Fund | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Carol V. Gilden | 200 S Wacker Dr, Ste 2375 | Chicago | IL | 60606-5811 |
| California Department of Financial Protection and Innovation (DFPI) | Office of the Ombuds | 651 Bannon St | Ste 300 | Sacramento | CA | 95811-0356 |
| Centerview Partners LLC | Attn: Ryan Kielty | 31 West 52nd Street | 22nd Floor | New York | NY | 10019 |
| Delaware State Treasury | | 820 Silver Lake Blvd, Ste 100 | | Dover | DE | 19904 |
| Federal Deposit Insurance Corporation | c/o Division of Finance | 3501 North Fairfax Drive, Building E, 5th Fl | | Arlington | VA | 22226 |
| Federal Reserve System, Board of Governors (FRB) | Attn Officer/Director or Legal Dept | 20th Street and Constitution Avenue N.W | | Washington | DC | 20551 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario et al. | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Brendan Rae Schneiderman; Jan Messerschmidt; Stephen Douglas Bunch; Steven J. Toll | 1100 New York Avenue NW, Fifth Floor | Washington | DC | 20005 |
| Jacob Guz (Individually and On Behalf of All Similarly Situated) | c/o Pomerantz LLP; | Attn: Jennifer Pafiti | 1100 Glendon Avenue, Suite 1558 | Los Angeles | CA | 90024 |
| John Thomas (Individually and on behalf of all others similary situated) | c/o The Rosen Law Firm, P.A. | Attn: Laurence M. Rosen | 355 South Grand Avenue, Suite 2450 | Los Angeles | CA | 90071 |
| JPMorgan Chase Bank, N.A. | c/o Greenberg, LLP | Attn: Christopher Mair; Danny Duerdoth | 77 Wacker Dr, Ste 3100 | Chicago | IL | 60601 |
| KPMG, LLP | Dept 0922 | PO Box 120922 | | Dallas | TX | 75312-0922 |
| Mibura, Inc. | | 548 Market Street #37259 | | San Francisco | CA | 94104 |
| New York Digital Investment Group LLC | | 510 Madison Ave, 21st Floor | | New York | NY | 10022 |
| New York Digital Investment Group LLC | c/o BraunHagey & Borden, LLP | 118 W 22 St, 12th Fl | | New York | NY | 10011 |
| Nicole Keane (on behalf of himself and all others similary situated) | c/o Fitzgerald Monroe Flynn PC | Attn: Caroline S. Emhardt | 2341 Jefferson Street, Suite 200 | San Diego | CA | 92110 |
| Office of the United States Attorney for the District of Delaware | Attn Officer/Director or Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market St, Ste 2900 | San Francisco | CA | 94105-3493 |
| Secretary of State | c/o Division of Corporations | Attn: Franchise Tax | PO Box 898 | Dover | DE | 19903 |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Antonia Apps, Regional Director | 100 Pearl St, Ste 20-100 | | New York | NY | 10004-2616 |
| Soham Bhatia (on behalf of himself and all others similarly situated) | c/o Levine Kellogg Lehman Schneider & Grossman | Attn: Jason Kenneth Kellogg | 100 SE 2nd Street, 36th Floor | Miami | FL | 33131 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| Trustee: Wilmington Trust Company (Silvergate Capital Trust II) | c/o Corporate Trust Administration | Attn: Christopher J. Monigle, Assistant Vice President | Rodney Square N, 1100 N Market St | Wilmington | DE | 19890-1600 |
| U.S. Department of Justice (DOJ) | c/o US Attorney General | Attn: Benjamin Hackman | 950 Pennsylvania Avenue NW | Washington | DC | 20530 |
| U.S. Securities and Exchange Commission (SEC) | Attn Officer/Director or Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| United Litigation Discovery, Inc. | | 316 W 2nd St | Ste 1006 | Los Angeles | CA | 90012-3535 |
| Wedbush Securities LLC | c/o Latham & Watkins LLP | Attn: Michele Dianne Johnson | 650 Town Center Drive, Suite 2000 | Costa Mesa | CA | 92626 |
| Word of God Fellowship, Inc. | c/o Stream Kim Hicks Wrage & Alfaro, PC | Attn: Theodore K. Stream, Robter J. Hicks, Ashley M. Payne | 3403 Tenth Street, Suite 700 | Riverside | CA | 92501-9470 |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Preferred Stockholders | c/o Milbank LLP | Attn: Andrew M. Leblanc, Jonghyun (John) Lee | aleblanc@milbank.com<br>jlee7@milbank.com |
| Ad Hoc Group of Preferred Stockholders | c/o Milbank LLP | Attn: Dennis F. Dunne, Lauren C. Doyle, Alex Miller, Andrew Leblanc | ddunne@milbank.com<br>ldoyle@milbank.com<br>aemiller@milbank.com<br>aleblanc@milbank.com |
| Ad Hoc Group of Preferred Stockholders | c/o Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Christopher M. Samis, Gregory J. Flasser | kgood@potteranderson.com<br>csamis@potteranderson.com<br>gflasser@potteranderson.com<br>kmccloskey@potteranderson.com<br>lhuber@potteranderson.com<br>tmistretta@potteranderson.com<br>bankruptcy@potteranderson.com<br>mromano@potteranderson.com |
| Alan J. Lane | c/o Ashby & Geddes, P.A. | Attn: Gregory A. Taylor, Destiny A. Kosloske | gtaylor@ashbygeddes.com<br>dkosloske@ashbygeddes.com<br>kjones@ashbygeddes.com<br>adellose@ashbygeddes.com |
| Alan J. Lane | c/o Foley & Lardner LLP | Attn: Samuel Winer, Patrick Daugherty, Geoffrey Goodman, Michael J. Small | swiner@foley.com<br>pdaugherty@foley.com<br>ggoodman@foley.com<br>msmall@foley.com |
| Amazon Web Services, Inc. | | | aws-accounts-receivable@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Antonio Martino | c/o Linklaters LLP | Attn: Christopher Hunker, Adam Lurie, Patrick Ashby, Elizabeth Raulston | christopher.hunker@linklaters.com<br>adam.lurie@linklaters.com<br>patrick.ashby@linklaters.com<br>elizabeth.raulston@linklaters.com<br>shauin.wang@linklaters.com<br>joanna.mcdonald@linklaters.com<br>eric.hilmo@linklaters.com |
| Antonio Martino | c/o Womble Bond Dickinson (US) LLP | Attn: Edward L. Schnitzer | edward.schnitzer@wbd-us.com |
| Antonio Martino | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>cindy.giobbe@wbd-us.com<br>rachel.metzger@wbd-us.com<br>nichole.wilcher@wbd-us.com<br>kim.cone@wbd-us.com; |
| Apex Systems, LLC | | | apexremit@apexsystems.com<br>bpeters@apexsystems.com |
| Bhatia et al. v. Silvergate Capital Corporation, Silvergate Bank and Lane | c/o Girard Sharp LLP | Attn: Daniel C. Girard | dgirard@girardsharp.com |
| Bhatia et al. v. Silvergate Capital Corporation, Silvergate Bank and Lane | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Bucks County Employees Retirement Fund | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Carol V. Gilden | cgilden@cohenmilstein.com |
| California Department of Financial Protection and Innovation (DFPI) | Office of the Ombuds | | louis.laverone@dfpi.ca.gov<br>robert.lux@dfpi.ca.gov<br>john.king@dfpi.ca.gov |
| Centerview Partners LLC | Attn: Ryan Kielty | | rkielty@centerview.com |
| Christopher Lane | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com<br>fusco@chipmanbrown.com<br>hitchens@chipmanbrown.com |
| Christopher Lane | c/o Paul Hastings LLP | Attn: Emily Kuznick, Matthew Friedrick | emilykuznick@paulhastings.com<br>matthewfriedrick@paulhastings.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 1 of 4



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Christopher Lane | c/o Paul Hastings LLP | Attn: Michael L. Spafford, Patricia Liverpool | michaelspafford@paulhastings.com<br>patricialiverpool@paulhastings.com |
| Exploration Capital Fund, LP | c/o Cole Schotz P.C. | Attn: Norman L. Pernick, Melissa M. Hartlipp | npernick@coleschotz.com<br>mhartlipp@coleschotz.com<br>pratkowiak@coleschotz.com<br>lmorton@coleschotz.com<br>bankruptcy@coleschotz.com<br>jwhitworth@coleschotz.com<br>jford@coleschotz.com; |
| Exploration Capital Fund, LP | c/o Jones Day | Attn: Bruce Bennett, Joshua M. Mester | bbennett@jonesday.com<br>jmester@jonesday.com |
| Exploration Capital Fund, LP | c/o Jones Day | Attn: Christopher DiPompeo | cdipompeo@jonesday.com |
| Federal Deposit Insurance Corporation | c/o Division of Finance | | assessments@fdic.gov<br>lwaldon@fdic.gov<br>depositorservices@fdic.gov |
| Goldman Sachs & Co. LLC | c/o Latham & Watkins LLP | Attn: Douglas Kent Yatter and Jason C. Hegt | jason.hegt@lw.com<br>douglas.yatter@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Douglas K. Yatter, Jason C. Hegt, Adam J. Goldberg, Alexandra M. Zablocki | douglas.yatter@lw.com<br>jason.hegt@lw.com<br>adam.goldberg@lw.com<br>alexandra.zablocki@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Ebba Gebisa | ebba.gebisa@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Michele D. Johnson | michele.johnson@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr., Curtis S. Miller | rdehney@morrisnichols.com<br>cmiller@morrisnichols.com<br>csmefiling@mnat.com<br>curtis-miller-4921@ecf.pacerpro.com<br>rebecca-weidman-3578@ecf.pacerpro.com<br>jlawrence@morrisnichols.com<br>john-lawrence-0804@ecf.pacerpro.com<br>apark@morrisnichols.com<br>austin-park-7609@ecf.pacerpro.com |
| International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario et al. | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Brendan Rae Schneiderman; Jan Messerschmidt; Stephen Douglas Bunch; Steven J. Toll | cgilden@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Bernstein Litowitz Berger & Grossman LLP | Attn: Hannah Ross, John Rizio-Hamilton, Avi Josefson | hannah@blbglaw.com<br>johnr@blbglaw.com<br>avi@blbglaw.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Bernstein Litowitz Berger & Grossman LLP | Attn: Jonathan D. Uslander | jonathanu@blbglaw.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 2 of 4



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Brendan Schneiderman | bschneiderman@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Carol V. Gilden | cgilden@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Steven J. Toll, S. Douglas Bunch, Jan Messerschmidt | stoll@cohenmilstein.com dbunch@cohenmilstein.com jmesserschmidt@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com smacdonald@crosslaw.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann, Chelsea R. Frankel | metkin@lowenstein.com abehlmann@lowenstein.com cfrankel@lowenstein.com |
| Jacob Guz (Individually and On Behalf of All Similarly Situated) | c/o Pomerantz LLP; | Attn: Jennifer Pafiti | jpafiti@pomlaw.com |
| John Thomas (Individually and on behalf of all others similary situated) | c/o The Rosen Law Firm, P.A. | Attn: Laurence M. Rosen | lrosen@rosenlegal.com |
| JPMorgan Chase Bank, N.A. | c/o Greenberg, LLP | Attn: Christopher Mair; Danny Duerdoth | christopher.mair@gtlaw.com duerdothd@gtlaw.com |
| Kathleen Fraher | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Jennifer R. Hoover | kcapuzzi@beneschlaw.com jgentile@beneschlaw.com lmolinaro@beneschlaw.com jhoover@beneschlaw.com |
| Kathleen Fraher | c/o Morrison & Forester LLP | Attn: Theresa Foudy, Benjamin Butterfield, Andrew Kissner, Darren Smolarski | tfoudy@mofo.com bbutterfield@mofo.com akissner@mofo.com dsmolarski@mofo.com |
| KPMG, LLP | Dept 0922 | | gadamson@kslaw.com |
| Mibura, Inc. | | | mparada@mibura.com |
| Mona Brunette, Bernie Chavez, Steven Dietz, Osman Gabiere, Gosandy Pang, Tyler Pearson, Michelle Sabins, Natalie Schima and Levi Stanley | c/o Chipman Brown Cicero & Cole LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Mona Brunette, Bernie Chavez, Steven Dietz, Osman Gabiere, Gosandy Pang, Tyler Pearson, Michelle Sabins, Natalie Schima and Levi Stanley | c/o Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell | douglas.deutsch@cliffordchance.com sarah.campbell@cliffordchance.com |
| New York Digital Investment Group LLC | c/o BraunHagey & Borden, LLP | | reuben.grinberg@nydig.com |
| NYDIG Servicing LLC | c/o Anderson Kill P.C. | Attn: Jonathan Kortmansky, Douglas Curran | jkortmansky@andersonkill.com dcurran@andersonkill.com |
| NYDIG Servicing LLC | c/o Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Jennifer L. Cree, Joshua B. Brooks, Jason Kittinger | brown@lrclaw.com cree@lrclaw.com brooks@lrclaw.com ramirez@lrclaw.com huynh@lrclaw.com hitchens@lrclaw.com ford@lrclaw.com cree@lrclaw.com kittinger@lrclaw.com |
| Office of the United States Attorney for the District of Delaware | Attn Officer/Director or Legal Dept | | usade.ecfbankruptcy@usdoj.gov |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 3 of 4



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the United States Trustee for the District of Delaware | Attn: Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com<br>cmcintire@buchalter.com |
| Reliable Companies | Attn: Gene Matthews | | gmatthews@reliable-co.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Aaron Thompson | athompson@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Alexander J. Nicas, Stacy Dasaro | anicas@goodwinlaw.com<br>sdasaro@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Jonathan A. Shapiro | jshapiro@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Joseph M. Mulvihill | bankfilings@ycst.com<br>jmulvihill@ycst.com |
| Saul Ewing LLP | Attn: Evan T. Miller, John D. Demmy | | evan.miller@saul.com<br>john.demmy@saul.com<br>robyn.warren@saul.com<br>sean.kenny@saul.com<br>steven.reingold@saul.com<br>michele.urann@saul.com |
| Silvergate Capital Corporation, et al. | c/o Richards, Layton & Finger, PA | Attn: Paul N. Heath, Michael J. Merchant, David T. Queroli | heath@rlf.com<br>queroli@rlf.com<br>merchant@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com<br>mathews@rlf.com<br>stearn@rlf.com |
| Silvergate Capital Corporation, et al. | c/o Ross Aronstam & Moritz LLP | Attn: David E. Ross, Roger S. Stronach, Anthony M. Calvano | dross@ramllp.com<br>rstronach@ramllp.com<br>acalvano@ramllp.com |
| Soham Bhatia (on behalf of himself and all others similarly situated) | c/o Levine Kellogg Lehman Schneider & Grossman | Attn: Jason Kenneth Kellogg | jk@lklsg.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Trustee: Wilmington Trust Company (Silvergate Capital Trust II) | c/o Corporate Trust Administration | Attn: Christopher J. Monigle, Assistant Vice President | mwass@wilmingtontrust.com |
| U.S. Department of Justice (DOJ) | c/o US Attorney General | Attn: Benjamin Hackman | benjamin.a.hackman@usdoj.gov |
| United Litigation Discovery, Inc. | | | accounting@unitedlit.com |
| Wedbush Securities LLC | c/o Latham & Watkins LLP | Attn: Michele Dianne Johnson | michele.johnson@lw.com |
| Wilmington Savings Fund Society Bank, FSB | Attn: Raye Goldsborough, Anita Woolery, Patrick Healy, Wendy Brennan, Sam Fatoki | | rgoldsborough@wsfsbank.com<br>awoolery@wsfsbank.com<br>phealy@wsfsbank.com |
| Wilmington Savings Fund Society, FSB, as Trustee | c/o Morris James LLP | Attn: Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com<br>jlevin@morrisjames.com<br>ddepta@morrisjames.com<br>slisko@morrisjames.com |
| Wilmington Savings Fund Society, FSB, as Trustee | c/o Perkins Coie LLP | Attn: Tina N. Moss | tmoss@perkinscoie.com |
| Wilmington Trust Company, as Indenture Trustee, Delaware Trustee, Institutional Trustee, and Guarantee Trustee | c/o Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com<br>jangelo@reedsmith.com<br>glauer@reedsmith.com<br>jmarcolini@reedsmith.com |
| Word of God Fellowship, Inc. | c/o Stream Kim Hicks Wrage & Alfaro, PC | Attn: Theodore K. Stream, Robter J. Hicks, Ashley M. Payne | ted.stream@streamkim.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 4 of 4