# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SILVERGATE CAPITAL CORPORATION,** *et al.*[1] | **Case No. 24-12158 (KBO)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation, Voting and Tabulation Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Establishing Cure Procedures and (VI) Granting Related Relief** (Docket No. 827)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: July 2, 2025

_____
Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 2nd day of July, 2025 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20. 2026

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

# <u>Exhibit A</u>


| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Adam Takeda | | Address Redacted | | | | |
| Alan J. Lane | c/o Foley & Lardner | WA Harbour 3000 K St NW Ste 600 | Attn: S Winer P Daugherty G Goodman | Washington | DC | 20007 |
| Alan J. Lane | c/o Foley & Lardner LLP | 321 N Clark St Ste 3000 | S Winer P Daugherty G Goodman M Sma | Chicago | IL | 60654-4762 |
| Alan Lane Jr | | Address Redacted | | | | |
| Amazon Web Services Inc. | Attn: Legal Dept | 410 Terry Avenue | | North Seattle | WA | 98109-5210 |
| AmTrust North America Inc. | c/o Maurice Wutscher LLP | 23611 Chargrin Blvd Ste 207 | Attn: Alan C. Hochheiser | Beachwood | OH | 44122 |
| Antonio Martino | c/o Linklaters LLP | 1290 Avenue of the Americas | S Solomon D Davison A Lurie C Hunke | New York | NY | 10104 |
| Antonio Martino | c/o Linklaters LLP | 601 Thirteenth Street NW Ste 400 S | S Solomon D Davison A Lurie C Hunke | Washington | DC | 20005 |
| Apex Systems LLC | Attn: Legal Dept | 3750 Collections Center Drive | | Chicago | IL | 60693 |
| Benjamin Reynolds | c/o Linklaters LLP | 1290 Avenue of the Americas | S Solomon D Davison A Lurie C Hunke | New York | NY | 10104 |
| Benjamin Reynolds | c/o Linklaters LLP | 601 Thirteenth Street N.W. | | Washington | DC | 20005 |
| Brassfield Karen | | Address Redacted | | | | |
| Brunette Mona | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Bucks Cnty Employees Retiremnt Fund | co Cohen Milstein Sellers Toll PLLC | 190 S. LaSalle Street Ste.1705 | Attn: Carol V. Gilden | Chicago | IL | 60603 |
| Bush Matthew | | Address Redacted | | | | |
| CA Dept Financial Protection Innov | Office of the Ombuds | 651 Bannon St | Ste 300 | Sacramento | CA | 95811-0356 |
| Centerview Partners LLC | Attn: Ryan Kielty | 31 W. 52nd St | | New York | NY | 10019 |
| Chavez Bernie | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Chavez Bernie | | Address Redacted | | | | |
| Chavez Bernie R. | | Address Redacted | | | | |
| Chris Lane | c/o Paul Hastings LLP | 875 15th Street NW | Attn: Michael Spafford | Washington | DC | 20005 |
| Colleen Sullivan | | Address Redacted | | | | |
| Colucci Paul | | Address Redacted | | | | |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 |
| Dennis S. Frank | c/o Goodwin Procter LLP | 1900 N Street N.W. | Jonathan Shapiro Matthew Sheldon | Washington | DC | 20036-1612 |
| Dennis S. Frank | c/o Goodwin Procter LLP | Three Embarcadero Center 28th Fl | Jonathan Shapiro Matthew Sheldon | San Francisco | CA | 94111 |
| Dennis S. Frank | | Address Redacted | | | | |
| Derek Eisele | c/o Goodwin Procter LLP | Three Embarcadero Center 28th Fl | Jonathan Shapiro Matthew Sheldon | San Francisco | CA | 94111 |
| Derek Eisele | c/o Goodwin Proctor LLP | 1900 N Street N.W. | | Washington | DC | 20036-1612 |
| Dietz Steven | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Dietz Steven G. | | Address Redacted | | | | |
| Dircks Thomas | | Address Redacted | | | | |
| Eisele Derek | | Address Redacted | | | | |
| EJF Ventures Fund EJF Ventures GP | c/o A.M. Saccullo Legal LLC | A Saccullo M Hurford M Augustine | 27 Crimson King Drive | Bear | DE | 19701 |
| EJF Ventures Fund LP | c/o EJF Capital LLC | 2107 Wilson Boulevard Suite 410 | Attn: Thomas Davison | Arlington | VA | 22201 |
| EJF Ventures Fund LP | c/o Morrison & Foerster LLP | 250 West 55th Street | Attn: James A. Newton Chane Buck | New York | NY | 10019 |
| EJF Ventures GP LLC | Attn: James A. Newton | 250 West 55th Street | | New York | NY | 10019 |
| EJF Ventures GP LLC | Attn: Thomas Davison | 2107 Wilson Boulevard | Suite 410 | Arlington | VA | 22201 |
| Fed Reserve Sys Board of Gov (FRB) | Attn Officer/Director or Legal Dept | 20th Street and Constitution Ave NW | | Washington | DC | 20551 |
| Federal Deposit Insurance Corp | c/o Division of Finance | 3501 North Fairfax Dr Bldg E 5th Fl | | Arlington | VA | 22226 |
| Frank Dennis S. | | Address Redacted | | | | |
| FTX Trading Ltd. et al. | Attn: Quinn Emanuel | 51 Madison Ave. | 22nd Floor | New York | NY | 10010 |
| Gabeire Osman | | Address Redacted | | | | |
| Gupta Aanchal | | Address Redacted | | | | |
| Internal Revenue Service | Attn Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Intl Union Operating Engineer et al | co Cohen Milstein Sellers Toll PLLC | 1100 New York Avenue NW Fifth Floor | B Schneider J Messer S Bunch S Toll | Washington | DC | 20005 |
| Jacob Guz | c/o Pomerantz LLP | 1100 Glendon Avenue Suite 1558 | Attn: Jennifer Pafiti | Los Angeles | CA | 90024 |
| Jason Sasanfar | c/o Faegre Drinker Biddle Reath LLP | 1177 Avenue of the Americas 41st Fl | Attn: Peter Baldwin Erica MacDonald | New York | NY | 10036 |
| Jason Sasanfar | c/o Faegre Drinker Biddle Reath LLP | 2200 Wells Fargo Cntr 90 S 7th St | Attn: Peter Baldwin Erica MacDonald | Minneapolis | MN | 55402 |
| John Thomas | c/o The Rosen Law Firm P.A. | 355 South Grand Avenue Suite 2450 | Attn: Laurence M. Rosen | Los Angeles | CA | 90071 |
| JPMorgan Chase Bank N.A. | c/o Greenberg LLP | 77 Wacker Dr Ste 3100 | Christopher Mair Danny Duerdoth | Chicago | IL | 60601 |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)


| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Kathleen Fraher | c/o Morrison & Foerster LLP | 2100 L Street NW | Deborah Connor Barbara Mendelson | Washington | DC | 20037 |
| Kathleen Fraher | c/o Morrison & Foerster LLP | 250 W 55th St | Deborah Connor Barbara Mendelson | New York | NY | 10019-9601 |
| Kathleen Fraher | | Address Redacted | | | | |
| Kathleen M. Fraher | c/o Foley & Lardner LLP | 321 North Clark St Ste 3000 | Attn: S Winer P Daugherty G Goodman | Chicago | IL | 60654-4762 |
| KPMG  LLP | Dept 0922 | PO Box 120922 | | Dallas | TX | 75312-0922 |
| Lane Alan J. | | Address Redacted | | | | |
| Lane Christopher M. | | Address Redacted | | | | |
| Lempres Michael | | Address Redacted | | | | |
| Martino Antonio | | Address Redacted | | | | |
| Matthew Bush | c/o Levine Lee LLP | 400 Madison Ave | Fl 8 | New York | NY | 10017-1965 |
| Mibura Inc. | Attn: Legal Dept | 548 Market Street #37259 | | San Francisco | CA | 94104 |
| Mona Brunette | | Address Redacted | | | | |
| Nicole Keane | c/o Fitzgerald Monroe Flynn PC | 2341 Jefferson Street Suite 200 | Attn: Caroline S. Emhardt | San Diego | CA | 92110 |
| NY Digital Investment Group LLC | Attn: Legal Dept | 10 Vanderbilt Ave | | New York | NY | 10017-3805 |
| NY Digital Investment Group LLC | c/o BraunHagey & Borden LLP | 118 W 22 St 12th Fl | | New York | NY | 10011 |
| NYDIG Servicing LLC | Attn: Jenny Dahlen Esq. | One Vanderbilt Avenue 65th Floor | | New York | NY | 10017 |
| Oracle America Inc. | c/o Buchalter A Professional Corp | 425 Market St Ste 2900 | Attn: Shawn M. Christianson | San Francisco | CA | 94105-3493 |
| Pang Gosandy | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Pang Gosandy N. | | Address Redacted | | | | |
| Pearson Tyler | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Pearson Tyler J. | | Address Redacted | | | | |
| Reed Scott A. | | Address Redacted | | | | |
| Regan Lauer | c/o McDermott Will & Emery | 200 Clarendon Street | Attn: Caitlyn Campbell | Boston | MA | 02116-5021 |
| Reynolds Benjamin | | Address Redacted | | | | |
| Robert C. Campbell | c/o Goodwin Procter LLP | 1900 N Street NW | Jonathan Shapiro Matthew Sheldon | Washington | DC | 20036-1612 |
| Robert C. Campbell | c/o Goodwin Procter LLP | 3 Embarcadero Center 28th Fl | Jonathan Shapiro Matthew Sheldon | San Francisco | CA | 94111 |
| Robert Campbell | | Address Redacted | | | | |
| S Wickouski Silvergate Fee Examiner | c/o Willkie Farr & Gallagher LLP | 787 Seventh Avenue | B Miller Donald Burke John Patouhas | New York | NY | 10019-6099 |
| Sabins Michelle | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Sabins Michelle | | Address Redacted | | | | |
| Sasanfar Jason | | Address Redacted | | | | |
| Schima Natalie | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Schima Natalie | | Address Redacted | | | | |
| Scott Reed | | Address Redacted | | | | |
| Secretary of State | c/o Division of Corporations | PO Box 898 | | Dover | DE | 19903 |
| Securities and Exchange Commission | Attn Antonia Apps Regional Director | 100 Pearl St Ste 20-100 | | New York | NY | 10004-2616 |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey St Ste 400 Brookfield Pl | | New York | NY | 10281-1022 |
| Soham Bhatia et al. | Levine Kellogg Lehman et al | 100 SE 2nd Street 36th Floor | Attn: Jason Kenneth Kellogg | Miami | FL | 33131 |
| Stanley Levi | c/o Clifford Chance US LLP | 2001 K Street NW | Attn: Joshua Berman | Washington | DC | 20006-1001 |
| Stanley Levi | | Address Redacted | | | | |
| State of Delaware | Department of Justice | Carvel State Bldg 820 N French St | | Wilmington | DE | 19801 |
| Stephanie Wickouski as Examiner | c/o Bayard P.A. | 600 N King St Ste 400 | Ericka F Johnson Steven D Adler | Wilmington | DE | 19801 |
| Stilwell Activist Investments  L.P. | Corporation Svc Co registered agent | 251 Little Falls Drive | Charles W. Cox  Noah Texter | Wilmington | DE | 19808 |
| Stilwell Activist Investments L.P. | Attn: E.J. Borrack Ravi Shah | 111 Broadway 12th Floor | | New York | NY | 10006 |
| Stilwell Activist Investments L.P. | Attn: Officer Manager or Director | 111 Broadway 12th Fl | | New York | NY | 10006 |
| Stilwell Activist Investments L.P. | c/o Alston & Bird LLP | 350 South Grand Avenue 51st Floor | Charles W. Cox Noah R. Texter | Los Angeles | CA | 90071 |
| Stilwell Activist Investments L.P. | c/o Olshan Frome Wolosky LLP | 1325 Avenue of the Americas | | New York | NY | 10019 |
| Stilwell Activist Investments L.P. | c/o Saul Ewing LLP | 1201 N. Market St. Ste 2300 | Attn: E Miller J Demmy N Smargiassi | Wilmington | DE | 19801 |
| Stilwell Activist Investments L.P. | c/o Saul Ewing LLP | 131 Dartmouth St. Ste 501 | Attn: Steven C. Reingold | Boston | MA | 02116 |
| Stilwell Activist Investments L.P. | c/o Saul Ewing LLP | 1888 Century Park E Ste 1500 | Attn: Ryan Coy | Los Angeles | CA | 90067 |
| Stilwell Activist Investments L.P. | c/o Zuckerman Spaeker LLP | 100 East Pratt Street Suite 2440 | Attn: Sara Alpert Lawson | Baltimore | MD | 21202 |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)



| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Stilwell Activist Investments L.P. | Ravi Shah CFO | 111 Broadway 12th Floor | | New York | NY | 10006 |
| Trustee: Wilmington Trust Company | c/o Corporate Trust Administration | Rodney Square N 1100 N Market St | Attn: Christopher J. Monigle | Wilmington | DE | 19890-1600 |
| U.S. Department of Justice (DOJ) | c/o US Attorney General | 950 Pennsylvania Avenue NW | | Washington | DC | 20530 |
| Underwriters | c/o Latham & Watkins LLP | 330 N Wabash Ave Ste 2800 | Attn: Ebba Gebisa | Chicago | IL | 60611 |
| Underwriters | c/o Latham & Watkins LLP | 650 Town Center Dr 20th Fl | Attn: Michele D. Johnson | Costa Mesa | CA | 92626 |
| Underwriters | Morris Nichols Arsht Tunnell LLP | 1201 N Market St 16th Fl | Robert J Dehney Curtis S Miller | Wilmington | DE | 19801 |
| United Litigation Discovery Inc. | Attn: Legal Dept | 316 W 2nd St | Ste 1006 | Los Angeles | CA | 90012-3535 |
| US Attorney Office District of DE | Attn Officer/Director or Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 |
| US S&E Commission (SEC) | Attn Officer/Director or Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| Wedbush Securities LLC | c/o Latham & Watkins LLP | 650 Town Center Drive Suite 2000 | Attn: Michele Dianne Johnson | Costa Mesa | CA | 92676 |
| Word of God Fellowship Inc | co Stream Kim Hicks Wrage Alfaro PC | 3403 Tenth St Ste 700 | | Riverside | CA | 92501-9470 |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 3 of 3

# Exhibit B


| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Preferred Stockholders | c/o Milbank LLP | Attn: Andrew M. Leblanc, Jonghyun (John) Lee | aleblanc@milbank.com<br>jlee7@milbank.com |
| Ad Hoc Group of Preferred Stockholders | c/o Milbank LLP | Attn: Dennis F. Dunne, Lauren C. Doyle, Alex Miller, Andrew Leblanc | ddunne@milbank.com<br>ldoyle@milbank.com<br>aemiller@milbank.com<br>aleblanc@milbank.com |
| Ad Hoc Group of Preferred Stockholders | c/o Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Christopher M. Samis, Gregory J. Flasser | kgood@potteranderson.com<br>csamis@potteranderson.com<br>gflasser@potteranderson.com<br>kmccloskey@potteranderson.com<br>lhuber@potteranderson.com<br>tmistretta@potteranderson.com<br>bankruptcy@potteranderson.com<br>mromano@potteranderson.com |
| Adam Takeda | | | Email Address Redacted |
| Alan J. Lane | c/o Ashby & Geddes, P.A. | Attn: Gregory A. Taylor, Destiny A. Kosloske | gtaylor@ashbygeddes.com<br>dkosloske@ashbygeddes.com<br>kjones@ashbygeddes.com<br>adellose@ashbygeddes.com |
| Alan J. Lane | c/o Foley & Lardner LLP | Attn: Samuel Winer, Patrick Daugherty, Geoffrey Goodman | swiner@foley.com<br>pdaugherty@foley.com<br>ggoodman@foley.com |
| Alan J. Lane | c/o Foley & Lardner LLP | Attn: Samuel Winer, Patrick Daugherty, Geoffrey Goodman, Michael J. Small | swiner@foley.com<br>pdaugherty@foley.com<br>ggoodman@foley.com<br>msmall@foley.com |
| Amazon Web Services, Inc. | | | aws-accounts-receivable@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Antonio Martino | c/o Linklaters LLP | Attn: Christopher Hunker, Adam Lurie, Patrick Ashby, Elizabeth Raulston | christopher.hunker@linklaters.com<br>adam.lurie@linklaters.com<br>patrick.ashby@linklaters.com<br>elizabeth.raulston@linklaters.com<br>shauin.wang@linklaters.com<br>joanna.mcdonald@linklaters.com<br>eric.hilmo@linklaters.com |
| Antonio Martino | c/o Linklaters LLP | Attn: Sean Solomon, Doug Davison, Adam Lurie, Christopher Hunker | sean.solomon@linklaters.com<br>doug.davison@linklaters.com<br>adam.lurie@linklaters.com<br>christopher.hunker@linklaters.com |
| Antonio Martino | c/o Womble Bond Dickinson (US) LLP | Attn: Edward L. Schnitzer | edward.schnitzer@wbd-us.com |
| Antonio Martino | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>cindy.giobbe@wbd-us.com<br>rachel.metzger@wbd-us.com<br>nichole.wilcher@wbd-us.com<br>kim.cone@wbd-us.com; |
| Apex Systems, LLC | | | apexremit@apexsystems.com<br>bpeters@apexsystems.com |
| Benjamin Reynolds | c/o Linklaters LLP | Attn: Sean Solomon, Doug Davison, Adam Lurie, Christopher Hunker | sean.solomon@linklaters.com<br>doug.davison@linklaters.com<br>adam.lurie@linklaters.com<br>christopher.hunker@linklaters.com |
| Bhatia et al. v. Silvergate Capital Corporation, Silvergate Bank and Lane | c/o Girard Sharp LLP | Attn: Daniel C. Girard | dgirard@girardsharp.com |
| Bhatia et al. v. Silvergate Capital Corporation, Silvergate Bank and Lane | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Brunette, Mona | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Bucks County Employees Retirement Fund | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Carol V. Gilden | cgilden@cohenmilstein.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 1 of 5


| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| California Department of Financial Protection and Innovation (DFPI) | Office of the Ombuds | | louis.laverone@dfpi.ca.gov robert.lux@dfpi.ca.gov john.king@dfpi.ca.gov |
| Centerview Partners LLC | Attn: Ryan Kielty | | rkielty@centerview.com |
| Chavez, Bernie | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Chris Lane | c/o Paul Hastings LLP | Attn: Michael Spafford | michaelspafford@paulhastings.com |
| Christopher Lane | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com fusco@chipmanbrown.com hitchens@chipmanbrown.com |
| Christopher Lane | c/o Paul Hastings LLP | Attn: Emily Kuznick, Matthew Friedrick | emilykuznick@paulhastings.com matthewfriedrick@paulhastings.com |
| Christopher Lane | c/o Paul Hastings LLP | Attn: Michael L. Spafford, Patricia Liverpool | michaelspafford@paulhastings.com patricialiverpool@paulhastings.com |
| Colleen Sullivan | | | Email Address Redacted |
| Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Jonathan Shapiro, Matthew Sheldon | jshapiro@goodwinlaw.com msheldon@goodwinlaw.com |
| Derek Eisele | c/o Goodwin Procter LLP | Attn: Jonathan Shapiro, Matthew Sheldon | jshapiro@goodwinlaw.com msheldon@goodwinlaw.com |
| Dietz, Steven | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| EJF Ventures Fund LP | c/o EJF Capital LLC | Attn: Thomas Davison | legal@ejfcap.com tdavison@ejfcap.com |
| EJF Ventures Fund LP | c/o Morrison & Foerster LLP | Attn: James A. Newton and Chane Buck | jnewton@mofo.com cbuck@mofo.com |
| EJF Ventures Fund LP and EJF Ventures GP LLC | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, Mary Augustine | ams@saccullolegal.com mark@saccullolegal.com meg@saccullolegal.com |
| EJF Ventures GP LLC | Attn: James A. Newton | | jnewton@mofo.com |
| EJF Ventures GP LLC | Attn: Thomas Davison | | legal@ejfcap.com |
| Exploration Capital Fund, LP | c/o Cole Schotz P.C. | Attn: Norman L. Pernick, Melissa M. Hartlipp | npernick@coleschotz.com mhartlipp@coleschotz.com pratkowiak@coleschotz.com lmorton@coleschotz.com bankruptcy@coleschotz.com jwhitworth@coleschotz.com jford@coleschotz.com; |
| Exploration Capital Fund, LP | c/o Jones Day | Attn: Bruce Bennett, Joshua M. Mester | bbennett@jonesday.com jmester@jonesday.com |
| Exploration Capital Fund, LP | c/o Jones Day | Attn: Christopher DiPompeo | cdipompeo@jonesday.com |
| Federal Deposit Insurance Corporation | c/o Division of Finance | | assessments@fdic.gov lwaldon@fdic.gov depositorservices@fdic.gov |
| Fraher, Kathleen | | | Email Address Redacted |
| FTX Trading Ltd. et al. (see Addendum) | Attn: Quinn Emanuel | | sascharand@quinnemanuel.com |
| Gabeire, Osman | | | Email Address Redacted |
| Goldman Sachs & Co. LLC | c/o Latham & Watkins LLP | Attn: Douglas Kent Yatter and Jason C. Hegt | jason.hegt@lw.com douglas.yatter@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Douglas K. Yatter, Jason C. Hegt, Adam J. Goldberg, Alexandra M. Zablocki | douglas.yatter@lw.com jason.hegt@lw.com adam.goldberg@lw.com alexandra.zablocki@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Ebba Gebisa | ebba.gebisa@lw.com |
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Latham & Watkins LLP | Attn: Michele D. Johnson | michele.johnson@lw.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 2 of 5



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Goldman Sachs Co LLC, Keefe Bruyette Woods Inc, JP Morgan Securities LLC, Canaccord Genuity LLC, Compass Point Research Trading LLC, CraigHallum Capital Group LLC, Wedbush Securities Inc, Citigroup Global Markets Inc, UBS Securities LLC [Underwriters] | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr., Curtis S. Miller | rdehney@morrisnichols.com<br>cmiller@morrisnichols.com<br>csmefiling@mnat.com<br>curtis-miller-4921@ecf.pacerpro.com<br>rebecca-weidman-3578@ecf.pacerpro.com<br>jlawrence@morrisnichols.com<br>john-lawrence-0804@ecf.pacerpro.com<br>apark@morrisnichols.com<br>austin-park-7609@ecf.pacerpro.com |
| International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario et al. | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Brendan Rae Schneiderman; Jan Messerschmidt; Stephen Douglas Bunch; Steven J. Toll | cgilden@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Bernstein Litowitz Berger & Grossman LLP | Attn: Hannah Ross, John Rizio-Hamilton, Avi Josefson | hannah@blbglaw.com<br>johnr@blbglaw.com<br>avi@blbglaw.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Bernstein Litowitz Berger & Grossman LLP | Attn: Jonathan D. Uslander | jonathanu@blbglaw.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Brendan Schneiderman | bschneiderman@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Carol V. Gilden | cgilden@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cohen Milstein Sellers & Toll PLLC | Attn: Steven J. Toll, S. Douglas Bunch, Jan Messerschmidt | stoll@cohenmilstein.com<br>dbunch@cohenmilstein.com<br>jmesserschmidt@cohenmilstein.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com<br>smacdonald@crosslaw.com |
| International Union of Operating Engineers, Local No. 793; UMC Benefit Board, Inc. and Wespath Institutional Investments LLC; Indiana Public Retirement System; Boston Retirement System; Public School Teachers' Pension & Retirement Fund of Chicago | c/o Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann, Chelsea R. Frankel | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>cfrankel@lowenstein.com |
| Jacob Guz (Individually and On Behalf of All Similarly Situated) | c/o Pomerantz LLP; | Attn: Jennifer Pafiti | jpafiti@pomlaw.com |
| Jason Sasanfar | c/o Faegre Drinker Biddle & Reath LLP | Attn: Peter Baldwin, Erica MacDonald | peter.baldwin@faegredrinker.com<br>erica.macdonald@faegredrinker.com |
| John Thomas (Individually and on behalf of all others similary situated) | c/o The Rosen Law Firm, P.A. | Attn: Laurence M. Rosen | lrosen@rosenlegal.com |
| JPMorgan Chase Bank, N.A. | c/o Greenberg, LLP | Attn: Christopher Mair; Danny Duerdoth | christopher.mair@gtlaw.com<br>duerdothd@gtlaw.com |
| Kathleen Fraher | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Jennifer R. Hoover | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>lmolinaro@beneschlaw.com<br>jhoover@beneschlaw.com |
| Kathleen Fraher | c/o Morrison & Foerster LLP | Attn: Deborah Connor, Barbara Mendelson | dconnor@mofo.com<br>bmendelson@mofo.com |
| Kathleen Fraher | c/o Morrison & Forester LLP | Attn: Theresa Foudy, Benjamin Butterfield, Andrew Kissner, Darren Smolarski | tfoudy@mofo.com<br>bbutterfield@mofo.com<br>akissner@mofo.com<br>dsmolarski@mofo.com |
| Kathleen M. Fraher | c/o Foley & Lardner LLP | Attn: Samuel Winer, Patrick Daugherty, Geoffrey Goodman | swiner@foley.com<br>pdaugherty@foley.com<br>ggoodman@foley.com |
| KPMG, LLP | Dept 0922 | | gadamson@kslaw.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 3 of 5


| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Matthew Bush | c/o Levine Lee LLP | Attn: Scott Klugman | sklugman@levinelee.com |
| Mibura, Inc. | | | mparada@mibura.com |
| Mona Brunette | | | Email Address Redacted |
| Mona Brunette, Bernie Chavez, Steven Dietz, Osman Gabiere, Gosandy Pang, Tyler Pearson, Michelle Sabins, Natalie Schima and Levi Stanley | c/o Chipman Brown Cicero & Cole LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Mona Brunette, Bernie Chavez, Steven Dietz, Osman Gabiere, Gosandy Pang, Tyler Pearson, Michelle Sabins, Natalie Schima and Levi Stanley | c/o Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell | douglas.deutsch@cliffordchance.com sarah.campbell@cliffordchance.com |
| New York Digital Investment Group LLC | c/o BraunHagey & Borden, LLP | | reuben.grinberg@nydig.com |
| NYDIG Servicing LLC | Attn: Jenny Dahlen, Esq. | | legal@nydig.com |
| NYDIG Servicing LLC | c/o Anderson Kill P.C. | Attn: Jonathan Kortmansky, Douglas Curran | jkortmansky@andersonkill.com dcurran@andersonkill.com |
| NYDIG Servicing LLC | c/o Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Jennifer L. Cree, Joshua B. Brooks, Jason Kittinger | brown@lrclaw.com cree@lrclaw.com brooks@lrclaw.com ramirez@lrclaw.com huynh@lrclaw.com hitchens@lrclaw.com ford@lrclaw.com cree@lrclaw.com kittinger@lrclaw.com |
| Office of the United States Attorney for the District of Delaware | Attn Officer/Director or Legal Dept | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com cmcintire@buchalter.com |
| Pang, Gosandy | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Pearson, Tyler | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Regan Lauer | c/o McDermott Will & Emery | Attn: Caitlyn Campbell | cmcampbell@mwe.com |
| Reliable Companies | Attn: Gene Matthews | | gmatthews@reliable-co.com |
| Robert C. Campbell | c/o Goodwin Procter LLP | Attn: Jonathan Shapiro, Matthew Sheldon | jshapiro@goodwinlaw.com msheldon@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Aaron Thompson | athompson@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Alexander J. Nicas, Stacy Dasaro | anicas@goodwinlaw.com sdasaro@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Goodwin Procter LLP | Attn: Jonathan A. Shapiro | jshapiro@goodwinlaw.com |
| Robert C. Campbell, Derek Eisele, and Dennis S. Frank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Joseph M. Mulvihill | bankfilings@ycst.com jmulvihill@ycst.com |
| Sabins, Michelle | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Saul Ewing LLP | Attn: Evan T. Miller, John D. Demmy | | evan.miller@saul.com john.demmy@saul.com robyn.warren@saul.com sean.kenny@saul.com steven.reingold@saul.com michele.urann@saul.com |
| Schima, Natalie | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| Silvergate Capital Corporation, et al. | c/o Richards, Layton & Finger, PA | Attn: Paul N. Heath, Michael J. Merchant, David T. Queroli | heath@rlf.com queroli@rlf.com merchant@rlf.com rbgroup@rlf.com ann-jerominski-2390@ecf.pacerpro.com mathews@rlf.com stearn@rlf.com |
| Silvergate Capital Corporation, et al. | c/o Ross Aronstam & Moritz LLP | Attn: David E. Ross, Roger S. Stronach, Anthony M. Calvano | dross@ramllp.com rstronach@ramllp.com acalvano@ramllp.com |
| Soham Bhatia (on behalf of himself and all others similarly situated) | c/o Levine Kellogg Lehman Schneider & Grossman | Attn: Jason Kenneth Kellogg | jk@lklsg.com |
| Stanley, Levi | c/o Clifford Chance US LLP | Attn: Joshua Berman | joshua.berman@cliffordchance.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 4 of 5



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stephanie Wickouski, as Examiner | c/o Bayard, P.A. | Attn: Ericka F. Johnson, Steven D. Adler | ejohnson@bayardlaw.com<br>sadler@bayardlaw.com |
| Stephanie Wickouski, as Examiner | c/o Willkie Farr & Gallagher LLP | Attn: Brett Miller, Donald Burke, John Patouhas | bmiller@willkie.com<br>dburke@willkie.com<br>jpatouhas@willkie.com |
| Stilwell Activist Investments, L.P. | Attn: E.J. Borrack, Ravi Shah | | ejborrack@stilwellgroup.com |
| Stilwell Activist Investments, L.P. | c/o Alston & Bird LLP | Attn: Charles W. Cox, Noah R. Texter | charles.cox@alston.com |
| Stilwell Activist Investments, L.P. | c/o Olshan Frome Wolosky LLP | Attn: Thomas J. Fleming; Jacqueline Y. Ma; Adam Friedman | tfleming@olshanlaw.com<br>jma@olshanlaw.com<br>afriedman@olshanlaw.com |
| Stilwell Activist Investments, L.P. | c/o Saul Ewing LLP | Attn: Evan T. Miller, John D. Demmy, Nicholas Smargiassi | evan.miller@saul.com<br>john.demmy@saul.com<br>nicholas.smargiassi@saul.com<br>robyn.warren@saul.com |
| Stilwell Activist Investments, L.P. | c/o Saul Ewing LLP | Attn: Ryan Coy | ryan.coy@saul.com |
| Stilwell Activist Investments, L.P. | c/o Saul Ewing LLP | Attn: Steven C. Reingold | steven.reingold@saul.com |
| Stilwell Activist Investments, L.P. | c/o Zuckerman Spaeker LLP | Attn: Sara Alpert Lawson | slawson@zuckerman.com |
| Trustee: Wilmington Trust Company (Silvergate Capital Trust II) | c/o Corporate Trust Administration | Attn: Christopher J. Monigle, Assistant Vice President | mwass@wilmingtontrust.com |
| U.S. Department of Justice (DOJ) | c/o US Attorney General | Attn: Benjamin Hackman | benjamin.a.hackman@usdoj.gov |
| Underwriters | c/o Latham & Watkins LLP | Attn: Adam J. Goldberg, Michele Johnson, Douglas Yatter, Jason Hegt, Alexandra Zablocki, Ebba Gebisa | adam.goldberg@lw.com<br>michele.johnson@lw.com<br>douglas.yatter@lw.com<br>jason.hegt@lw.com<br>alexandra.zablocki@lw.com<br>ebba.gebisa@lw.com |
| United Litigation Discovery, Inc. | | | accounting@unitedlit.com |
| Wedbush Securities LLC | c/o Latham & Watkins LLP | Attn: Michele Dianne Johnson | michele.johnson@lw.com |
| Wilmington Savings Fund Society Bank, FSB | Attn: Raye Goldsborough, Anita Woolery, Patrick Healy, Wendy Brennan, Sam Fatoki | | rgoldsborough@wsfsbank.com<br>awoolery@wsfsbank.com<br>phealy@wsfsbank.com |
| Wilmington Savings Fund Society, FSB, as Trustee | c/o Morris James LLP | Attn: Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com<br>jlevin@morrisjames.com<br>ddepta@morrisjames.com<br>slisko@morrisjames.com |
| Wilmington Savings Fund Society, FSB, as Trustee | c/o Perkins Coie LLP | Attn: Tina N. Moss | tmoss@perkinscoie.com |
| Wilmington Trust Company, as Indenture Trustee, Delaware Trustee, Institutional Trustee, and Guarantee Trustee | c/o Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com<br>jangelo@reedsmith.com<br>glauer@reedsmith.com<br>jmarcolini@reedsmith.com |
| Word of God Fellowship, Inc. | c/o Stream Kim Hicks Wrage & Alfaro, PC | Attn: Theodore K. Stream, Robter J. Hicks, Ashley M. Payne | ted.stream@streamkim.com |

In re: Silvergate Capital Corporation, et al.
Case No. 24-12158 (KBO)

Page 5 of 5