| | |
|---|---|
| In re: | Chapter 11 |
| SILVERGATE CAPITAL CORPORATION, *et al.*[1] | Case No. 24-12158 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 19, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Clarke-Hetrick, Elaine T [Elaine Hetrick] at a redacted address:

- **Order Approving (I) Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation, Voting and Tabulation Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Establishing Cure Procedures; and (VI) Granting Related Relief** (Docket No. 966, Pages 1-16)

- **First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors** (Docket No. 969)

- **Disclosure Statement Pursuant to 11 U.S.C. § 1125 with Respect to First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors** (Docket No. 970)

- **Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to Confirmation of the Proposed Plan, and (V) Procedures and Deadline for Voting on the Plan** (Docket No. 972)

- **[Customized] Class 5 (Indemnified Individuals Indemnifiable Claims) Ballot for Accepting or Rejecting First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors** (substantially in the form of Exhibit 2-A to Docket No. 966)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

- **Pre-Addressed, Postage-Prepaid Envelope**

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 22, 2025

_Serina Tran_
Serina Tran

State of Colorado   )
           ) SS.
County of  Arapahoe )

Subscribed and sworn before me this 22nd day of September 2025 by Serina Tran.

_Briannica Briggs_
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029