**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERGATE CAPITAL CORPORTATION, *et al.*,[1] | Case No. 24-12158 (KBO) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF VOTING RECORD DATE, (III) HEARING ON CONFIRMATION OF THE PROPOSED PLAN, (IV) PROCEDURES FOR OBJECTION TO CONFIRMATION OF THE PROPOSED PLAN, AND (V) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN IN WALL STREET JOURNAL (NATIONAL EDITION)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

# AFFIDAVIT

STATE OF NEW JERSEY                                )
                                                                  ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

 the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

 1   insertion(s) on the following date(s):

SEP-24-2025;

ADVERTISER: SILVERGATE CAPITAL CORPORATION;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
24   day of   September   2025

_____
Notary Public



THE WALL STREET JOURNAL.                                                                 Wednesday, September 24, 2025 | **B7**

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG** daily percentage change from the previous trading session.

Tuesday, September 23, 2025

## Highs

*(stock listing tables — Highs and Lows, columns: Stock, Sym, Hi/Lo, Chg)*

Continued on Page B10

---

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## PUBLIC NOTICES

## BANKRUPTCIES

## NOTICE OF SALE

*(legal notices in columns)*

### NOTICE OF SALE

**NOTICE OF PUBLIC SALE OF COLLATERAL**

---

## BUSINESS OPPORTUNITIES

MORTGAGE REIT
**8%–9%** RETURN

TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S &
ACCREDITED INVESTORS

**866-700-0600**
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
• DRE License # 01300642 • NMLS #2415310

BUSINESS OPPORTUNITY
READY-TO-USE DIGITAL HEALTH PLATFORM

sympti

ALL ASSETS TO BE SOLD

(626) 827-0262    dmasinsconsulting.com

## COMMERCIAL REAL ESTATE

THE WALL STREET JOURNAL
NOTABLE & COMMERCIAL
PROPERTIES
For more information visit:
wsj.com/classifieds



THE MARKETPLACE

ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.    | DOW JONES

## PUBLIC NOTICES

## NOTICE OF SALE

THE WALL STREET JOURNAL
SHOWROOM
**(800) 366-3975** | sale.showrooms@wsj.com
For more information visit: wsj.com/classifieds

© 2025 Dow Jones & Company, Inc. All Rights Reserved.    | DOW JONES