# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SILVERGATE CAPITAL CORPORATION,** *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12158 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 966 & 969<br><br>Hearing Date: November 13, 2025 at 2:00 p.m. (ET) |

## NOTICE OF ADJOURNMENT OF HEARING SCHEDULED
## FOR OCTOBER 29, 2025, INCLUDING CONFIRMATION HEARING

PLEASE TAKE NOTICE that on September 5, 2025, United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 966] (the "Disclosure Statement Order")[2] that, among other things, (i) approved the Disclosure Statement as containing adequate information pursuant to section 1125 of the Bankruptcy Code and (ii) (a) scheduled the hearing on confirmation of the *First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors* [Docket No. 969] (as may be amended, modified or supplemented from time to time, the "Plan") for October 29, 2025 at 9:30 a.m. (prevailing Eastern Time) (the "Confirmation Hearing") and (b) set October 15, 2025 at 4:00 p.m. (prevailing Eastern Time) as the deadline to object to confirmation of the Plan (the "Objection Deadline").[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Disclosure Statement Order.

[3] Matters unrelated to confirmation of the Plan were also scheduled to be heard at the Confirmation Hearing (the "Other Matters").

PLEASE TAKE FURTHER NOTICE that, consistent with the Disclosure Statement Order, the above-captioned debtors and debtors-in-possession (the "Debtors") have adjourned the Confirmation Hearing, and all Other Matters scheduled to be heard at such hearing, to **November 13, 2025 at 2:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, unless otherwise agreed to by the Debtors in writing, the Objection Deadline remains unchanged. The Debtors reserve the right to further adjourn the Confirmation Hearing in accordance with the Disclosure Statement Order.

PLEASE TAKE FURTHER NOTICE that any briefs, reply papers, declarations, and other documents in support of the Plan will be filed no later than **November 10, 2025 at 12:00 p.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated:  October 27, 2025<br>            Wilmington, Delaware | Respectfully Submitted,<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/   *David T. Queroli*<br>Paul N. Heath (No. 3704)<br>Michael J. Merchant (No. 3854)<br>David T. Queroli (No. 6318)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:   heath@rlf.com<br>              merchant@rlf.com<br>              queroli@rlf.com<br>              mathews@rlf.com<br><br>-and-<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>George E. Zobitz (admitted *pro hac vice*)<br>Paul H. Zumbro (admitted *pro hac vice*)<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone:  (212) 474-1000<br>Facsimile:   (212) 474-3700<br>Email:   jzobitz@cravath.com<br>              pzumbro@cravath.com<br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* |

RLF1 34076688v.1