| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SILVERGATE CAPITAL CORPORATION,** *et al.*[1] | **Case No. 24-12158 (KBO)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 21, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Carlton F Bennett at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to Confirmation of the Proposed Plan, and (V) Procedures and Deadline for Voting on the Plan** (Docket No. 972)

- **Notice of Unimpaired Non-Voting Status (Class 9 (Common Stock Interests)) and Opt In Election Form for Holders of Non-Voting Unimpaired Interests (Class 9 (Common Stock Interests))** (attached hereto as **Exhibit A**)

Furthermore, on October 21, 2025, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on JPMorgan Chase Bank, N.A., c/o Greenberg, LLP, Attn: Christopher Mair; Danny Duerdoth at 360 N Green St, # 1300, Chicago, IL 60607-1300:

- **Certification of Counsel Regarding Stipulation and Order Resolving Proofs of Claim Nos. 116 and 120** (Docket No. 1004)

- **Order Approving Stipulation and Order Resolving Proofs of Claim Nos. 116 and 120** (Docket No. 1009)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

Furthermore, on October 22, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on JPMorgan Chase Bank, N.A., c/o Greenberg, LLP, Attn: Christopher Mair; Danny Duerdoth at 360 N Green St, # 1300, Chicago, IL 60607-1300, pursuant to USPS forwarding instructions:

- **Debtors' Motion for Entry of an Order Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and Granting Related Relief** (Docket No. 1000)

Dated: October 27, 2025

Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of October, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SILVERGATE CAPITAL CORPORATION,** *et al.* | **Case No. 24- 12158 (KBO)** |
| **Debtors.** [1] | **(Jointly Administered)** |
| | **Re: Docket Nos. 966, 969 & 970** |

**NOTICE OF UNIMPAIRED NON-VOTING STATUS
(CLASS 9 (COMMON STOCK INTERESTS))**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 5, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Order") approving the *Disclosure Statement Pursuant to 11 U.S.C § 1125 with Respect to First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation. and Its Affiliated Debtors* [Docket No. 970] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement"). The Order authorizes the Debtors to solicit votes to accept or reject the *First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Debtor Affiliates* [Docket No. 969] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").[2] You can find information about the Debtors' confirmation hearing in the enclosed notice of the Confirmation Hearing.

**UNDER THE TERMS OF THE PLAN, YOUR INTEREST(S) IN THE DEBTORS ARE NOT IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(F) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (A) CONCLUSIVELY PRESUMED TO HAVE ACCEPTED THE PLAN AND (B) NOT ENTITLED TO VOTE ON THE PLAN. IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR INTEREST(S), OR YOU WANT TO REQUEST A COPY OF THE ORDER, THE PLAN AND THE DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE DEBTORS' CLAIMS AND NOTICING AGENT, STRETTO, INC. ("STRETTO") (I) BY PHONE AT (855) 316-3507, (II) BY EMAIL AT TEAMSILVERGATE@STRETTO.COM, OR (III) BY WRITING TO SILVERGATE CLAIMS PROCESSING CENTER, C/O STRETTO, 410 EXCHANGE, SUITE 100, IRVINE, CA 92602. COPIES OF THE PLAN AND DISCLOSURE STATEMENT CAN**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

[2] All capitalized terms used but otherwise not defined herein shall have the meaning set forth in the Plan.

**ALSO BE ACCESSED ONLINE AT HTTPS://CASES.STRETTO.COM/SILVERGATE. PLEASE BE ADVISED THAT STRETTO CANNOT PROVIDE LEGAL ADVICE.**

        **PLEASE BE ADVISED THAT BECAUSE YOUR INTEREST IS UNIMPAIRED UNDER THE PLAN, YOU WILL NOT BE DEEMED TO HAVE GRANTED THE RELEASES CONTAINED IN <u>ARTICLE IX.C</u> OF THE PLAN UNLESS YOU <u>OPT INTO</u> SUCH RELEASES IN ACCORDANCE WITH THE OPT IN ELECTION FORM, WHICH IS ATTACHED HERETO AS <u>ANNEX A</u>.**

        **IN ORDER FOR YOUR ELECTION FORM TO BE ACKNOWLEDGED, YOU MUST COMPLETE, SIGN AND RETURN YOUR ELECTION FORM SO THAT IT IS ACTUALLY RECEIVED BY THE DEBTORS' CLAIMS AND NOTICING AGENT, STRETTO, BY NO LATER THAN OCTOBER 15, 2025 AT 4:00 P.M. (PREVAILING EASTERN TIME).**

        **PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT**.

| | |
|---|---|
| Dated: September 5, 2025<br>       Wilmington, Delaware | Respectfully Submitted,<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ David T. Queroli*<br>Paul N. Heath (No. 3704)<br>Michael J. Merchant (No. 3854)<br>David T. Queroli (No. 6318)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: heath@rlf.com<br>      merchant@rlf.com<br>      queroli@rlf.com<br>      mathews@rlf.com<br><br>-and-<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>George E. Zobitz (admitted *pro hac vice*)<br>Paul H. Zumbro (admitted *pro hac vice*)<br>Two Manhattan West<br>375 Ninth Avenue |

RLF1 33027977v.7

New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: jzobitz@cravath.com
pzumbro@cravath.com

*Co-Counsel for Debtors and Debtors
in Possession*

3

## ANNEX A

## Opt-In Election Form

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SILVERGATE CAPITAL CORPORATION,** *et al*. | **Case No. 24- 12158 (KBO)** |
| | **(Jointly Administered)** |
| **Debtors.** [1] | **Re: Docket No. 966, 969 & 970** |

### OPT IN ELECTION FORM FOR HOLDERS OF NON-VOTING UNIMPAIRED INTERESTS (CLASS 9 (COMMON STOCK INTERESTS))

**PLEASE CAREFULLY READ THE ENCLOSED INSTRUCTIONS FOR COMPLETING THIS OPT IN ELECTION FORM BEFORE COMPLETING THIS OPT IN ELECTION FORM.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") are soliciting elections with respect to the third-party releases contained in Article IX.C of the proposed *First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Debtor Affiliates* [Docket No. 969] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] as described in the *Disclosure Statement Pursuant to 11 U.S.C. § 1125 with Respect to First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Debtor Affiliates* [Docket No. 970] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement").

You are receiving this Opt In Election Form because, despite your non-voting status, Holders of Interests in Class 9 (Common Stock Interests) are entitled to opt into the third-party releases contained in Article IX.C of the Plan.

**To opt into the third-party releases, you must complete, sign and return this Opt In Election Form to Silvergate Claims Processing Center, c/o Stretto, Inc, 410 Exchange, Suite 100, Irvine, CA 92602, so that it is received no later than October 15, 2025 at 4:00 p.m. (Prevailing Eastern Time). Election Opt In Forms must be delivered to the Claims and Noticing Agent either (a) at the address listed in the preceding sentence or (b) via the Claims and Noticing Agent's e-platform by visiting the Claims and Noticing Agent's website, https//cases.stretto.com/Silvergate/, clicking on the "Election Opt In Form" link and**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**following the directions to submit your electronic Election Opt In Form. Holders are encouraged to submit their Election Opt In Forms via the e-platform. If you choose to submit your Election Opt In Form via the e-platform you SHOULD NOT mail your hard copy Election Opt In Form as well. Please choose only one form of return for your Election Opt In Form. You do not need to submit this Election Opt In Form if you do not wish to opt into the third-party releases contained in <u>Article IX.C</u> of the Plan.**

This Opt In Election Form may not be used for any purpose other than for electing to opt into the third-party releases in <u>Article IX.C</u> of the Plan. **If you believe you have received this Opt In Election Form in error please contact Stretto <u>immediately</u> (i) by phone at (855) 316-3507, (ii) by email at teamsilvergate@stretto.com, or (iii) by writing, to Silvergate Claims Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602.**

---

**IMPORTANT**

You should carefully review the Disclosure Statement and the Plan before you submit this Opt In Election Form. You may wish to seek legal advice concerning the Plan and the Plan's third-party release. Your Interest has been placed in Class 9 (Common Stock Interests) under the Plan.

If your Opt In Election Form is not received by the Debtors' Claims and Noticing Agent, Stretto, Inc., on or before the Opt In Election Deadline set forth below and such deadline is not extended, you will not be deemed to grant the third-party release contained in <u>Article IX.C</u> of the Plan.

OPT IN ELECTION DEADLINE: **<u>OCTOBER 15, 2025 AT 4:00 P.M. (PREVAILING EASTERN TIME)</u>.**

Opt In Election Forms will not be accepted by facsimile transmission, electronic mail or other electronic means of transmission (except via the Debtors' Claims and Noticing Agent's e-platform).

You do not need to submit this Opt In Election Form if you do not wish to opt into the third-party releases in <u>Article IX.C</u> of the Plan.

---

<u>**NOTICE REGARDING THIRD PARTY RELEASE IN THE PLAN**</u>

PLEASE BE ADVISED THAT THE PLAN CONTAINS CERTAIN RELEASE PROVISIONS, INCLUDING:

<u>**Article IX.C of the Plan contains the following third-party release:**</u>

**As of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, each Releasing Party[3] shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever released, waived, and discharged each Debtor, Reorganized Silvergate, the Liquidation Trustee, the Liquidation Trust Board, the Liquidation Trust and each other Released Party[4] from any and all Claims, obligations,**

---

[3]   "***Releasing Party***" means each of the following in their capacity as such: (i) the Released Parties (other than the Debtors, Reorganized Silvergate, the Debtor's Estates, the Liquidation Trustee and the Liquidation Trust Board), (ii) all Holders of Claims or Preferred Stock Interests that vote to accept the Plan and do not opt-out of the third party releases provided for in Article IX.C by checking the box on the Ballot indicating that they opt out of granting such releases in the Plan submitted on or before the Voting Deadline; (iii) all Holders of Claims or Preferred Stock Interests that are entitled to vote on the Plan who either (a) abstain from voting or (b) vote to reject the Plan and, in each case, opt into the third party releases provided for in Article IX.C by checking the box on the Ballot indicating that they opt into granting such releases in the Plan submitted on or before the Voting Deadline, (iv) all Holders of Claims or Interests that are deemed to accept the Plan and opt into the third party releases provided for in Article IX.C by checking the box on the applicable form indicating that they opt into granting such releases in the Plan submitted on or before the Voting Deadline; and (v) with respect to each of the foregoing Entities in clauses (i), (ii), (iii), and (iv), such Entity and its current and former Affiliates, and such Entities' and their current and former Affiliates' current and former directors, managers, officers, predecessors, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, managed accounts or funds, management companies, fund advisors, each in its capacity as such; *provided*, *however*, that the Entities identified in part (v) shall be Releasing Parties only to the extent the corresponding Entities in parts (i), (ii), (iii), and (iv) are legally able to bind such Entities in part (v) to the releases contained in the Plan under applicable non-bankruptcy law. For the avoidance of doubt, (i) the Securities Plaintiffs' entry into the Securities Litigation Stipulation of Settlement shall not be construed as having deemed the Securities Plaintiffs or any Securities Litigation Class Members as Releasing Parties or having opted into the third party releases provided in Article IX.C; and (ii) the releases granted by the Securities Plaintiffs and Securities Litigation Class Members, in their capacity as such, in the Securities Litigation pursuant to the Securities Litigation Stipulation of Settlement shall be governed by and implemented pursuant to the terms thereof and the Securities Litigation Final Approval Order.

[4]   "***Released Party***" means each of the following in their capacity as such: (i) the Debtors and their Professionals; (ii) Reorganized Silvergate; (iii) each of the Debtors' Estates; (iv) the Ad Hoc Preferred Stockholder Group and each of its members, in their capacity as such, (v) the Liquidation Trustee, (vi) the Liquidation Trust Board (vii) the SC Trusts Indenture Trustees; (viii) the Indemnified Individuals; (ix) the Underwriters, and (x) with respect to each of the foregoing Entities in clauses (i) through (viii), their respective current and former officers, directors, employees, attorneys, assigns, assignees, heirs, executors, estates, administrators, entities in which they have a controlling interest, partnerships, partners, members, trustees, trusts, immediate family members, insurers, and reinsurers, each in its capacity as such; *provided that*, notwithstanding anything in the foregoing, any Person or Entity that is entitled to vote on the Plan and (a) votes to accept the Plan and opts out of the releases in the Plan by checking the box on the Ballot indicating that they opt out of granting such releases in the Plan submitted on or before the Voting Deadline or (b) votes to reject the plan or abstains from voting on the Plan and, in each case, does not opt into the releases provided by the Plan by checking the box on the Ballot indicating that they opt into granting such releases in the Plan submitted on or before the Voting Deadline, shall not be a Released Party. Notwithstanding the foregoing any individual or category of persons, entities, or parties listed

RLF1 33027977v.7

rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever (in each case, whether prepetition or postpetition up until the Effective Date), including any derivative Claims asserted or that may be asserted on behalf of the Debtors, their Estates, Reorganized Silvergate, the Liquidation Trustee or the Liquidation Trust that such Releasing Party would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, the issuance, distribution, purchase, sale, or rescission of the purchase or sale of any security or other debt instrument of the Debtors, the Debtors or the conduct of their business (in each case, whether prepetition or postpetition), the formulation, preparation, dissemination, or negotiation of the RSA, the Plan, the Disclosure Statement, any contract, instrument, release, or other agreement or document created or entered into in connection with the Plan, the Disclosure Statement, the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the distribution of property under the Plan, or any other related agreement, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date (in each case, whether prepetition or postpetition up until the Effective Date) related or relating to the foregoing (collectively, the "Releasing Party Claims"). Notwithstanding anything to the contrary in the foregoing, and subject to the provisos later in this paragraph, the releases set forth in this Article IX.C of the Plan shall not release (i) any Liquidation Trust Retained Causes of Action or Reorganized Silvergate Retained Causes of Action, (ii) any Released Party (other than any Indemnified Individual) from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, or (iii) any post-Effective Date obligations of any party or Entity under the Plan or any document, instrument, or agreement executed to implement the Plan; provided that for the avoidance of doubt, (x) and in accordance with the terms of the Global Settlement, the Releasing Parties are waiving and releasing all Releasing Party Claims against all Indemnified Individuals; and (y)(i) the Securities Plaintiffs' entry into the Securities Litigation Stipulation of Settlement shall not be construed as having deemed the Securities Plaintiffs or any Securities Litigation Class Members as Releasing Parties or having opted into the third party releases provided in Article IX.C of the Plan; and (ii) the releases granted by the Securities Plaintiffs and Securities Litigation Class Members, in their capacity as such, in the Securities Litigation pursuant to the Securities Litigation Stipulation of Settlement shall be governed by and implemented pursuant to the terms thereof and the Securities Litigation Final Approval Order.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the releases described in Article IX.C of the Plan by the Debtors, which includes by reference each of the related provisions and definitions contained in the Plan, and further, shall constitute the Bankruptcy Court's finding that each release described in Article IX.C of the Plan is: (i) in exchange for the good and valuable consideration provided by the Released Parties, including, without limitation, the Released Parties' contributions to implementing

_____

on the Schedule of Retained Causes of Action shall not be deemed to be a Released Party by virtue of this definition.

RLF1 33027977v.7

**the Plan; (ii) a good-faith settlement and compromise of the Claims released by the Holders of Claims and Interests; (iii) in the best interests of the Debtors and all Holders of Claims and Interests; (iv) fair, equitable, and reasonable; (v) given and made after due notice and opportunity for hearing; (vi) a sound exercise of the Debtors' business judgment; and (vii) a bar to any of the Debtors, their respective Estates, the Liquidation Trustee on behalf of the Liquidation Trust or Reorganized Silvergate, asserting any claim or Cause of Action related thereto, of any kind, against any of the Released Parties or their property.**

## ITEM 1. VOLUNTARY THIRD-PARTY RELEASE.

The undersigned Holder of Common Stock Interest(s) elects to:

☐ **OPT IN** to the voluntary third-party release in <u>Article IX.C</u> of the Plan

Number of Shares: _____

## ITEM 2. CERTIFICATIONS.

By signing this Opt In Election Form, the undersigned entity certifies to the Court and the Debtors that:

(A) The entity is either (i) the Holder of Interest(s) in Class 9 (Common Stock Interests) or (ii) an authorized signatory for an entity that is the Holder of Interest(s) in Class 9 (Common Stock Interests).

(B) the entity acknowledges that the entity is opting into the third-party releases in <u>Article IX.C</u> of the Plan.

[SIGNATURE PAGE FOLLOWS]

6

Name of Holder: _____
(Print or type)

Signature: _____

Name of Signatory: _____
(If other than holder)

Title: _____

Address: _____

_____

Phone Number: _____
(optional)

Email (optional): _____

Date Completed: _____

**IF YOU HAVE MADE THE OPTIONAL OPT IN ELECTION, PLEASE COMPLETE, SIGN AND DATE THIS OPT IN ELECTION FORM AND RETURN IT PROMPTLY BY ONLY ONE OF THE METHODS BELOW:**

If in the envelope provided, or by first-class mail, overnight courier, or hand delivery, to:

**SILVERGATE CLAIMS PROCESSING CENTER
C/O STRETTO
410 EXCHANGE, SUITE 100
IRVINE, CA 92602**

To arrange hand delivery of your Opt In Election Form, please email teamsilvergate@stretto.com (with "Silvergate Opt In Election Form Delivery" in the subject line) at least 24 hours prior to arrival at the address above and provide the anticipated date and time of delivery.

7

By electronic, online submission:

Please visit  https://cases.stretto.com/Silvergate/, click the "Submit Opt In Election Form" section of the website of the Debtors' Claims and Noticing Agent and follow the directions to submit your electronic Opt In Election Form.  If you choose to submit your Opt In Election Form via the Claims and Noticing Agent's e-ballot system ("E-Platform"), you should not also return a hard copy of your Opt In Election Form.

IMPORTANT NOTE: If you are a beneficial holder holding Common Stock Interests through a broker, bank or custodians, you will need to request a password from the E-Platform.

**Electronic Submission Login**

Powered by Stretto CORE™

Password

Enter password

I'm not a robot — reCAPTCHA — Privacy - Terms

Submit

Don't have a password?

Request Password

Stretto Corporate Restructuring
1.855.812.6112 • inquiries@stretto.com
cases.stretto.com

The E-Platform is the sole manner in which this Opt In Election Form will be accepted via electronic or online transmission.  Opt In Election Forms submitted by facsimile or email will not be counted.

**THIS OPT IN ELECTION FORM MUST BE ACTUALLY RECEIVED BY THE DEBTORS' CLAIMS AND NOTICING AGENT ON OR BEFORE <u>OCTOBER 15, 2025 AT 4:00 P.M. (PREVAILING EASTERN TIME)</u>.**

## INSTRUCTIONS FOR COMPLETING THIS OPT IN ELECTION FORM

1. Capitalized terms used in this Opt In Election Form or in these instructions but not otherwise defined therein or herein shall have the meaning set forth in the Plan.

2. To ensure that your Opt In Election Form is acknowledged, you must: (a) complete this Opt In Election Form; (b) clearly indicate your decision to opt into the third-party release in Article IX.C of the Plan by checking the box in Item 1 of this Opt In Election Form and (c) sign and return this Opt In Election Form to the address printed on the enclosed pre-addressed, postage pre-paid return envelope or submit the Opt In Election via the Debtors' Claims and Noticing Agent's e-platform system so that it is actually received by the Debtors' Claims and Noticing Agent on or before **October 15, 2025 at 4:00 p.m. (Prevailing Eastern Time)**.

3. If an Opt In Election Form is received after the Opt In Election Deadline and if the Opt In Election Deadline is not extended, it will NOT be acknowledged. Additionally, the following Opt In Election Forms will NOT be acknowledged:

   a. Opt In Election Forms sent to the Debtors, the Debtors' agents (other than Stretto) or the Debtors' financial or legal advisors;

   b. Opt In Election Forms sent by facsimile, email or any other electronic means (other than the Claims and Noticing Agent's e-platform);

   c. any Opt In Election Form that is illegible or contains insufficient information to identify the Holder of the Claim; and/or

   d. any unsigned Opt In Election Form.

4. The method of delivery of Opt In Election Forms to the Debtors' Claims and Noticing Agent is at the election and risk of each Holder of a Claim or Interest. Except as otherwise provided herein, such delivery will be deemed made only when the Debtors' Claims and Noticing Agent actually receives the original executed Opt In Election Form.

5. Please be sure to sign and date your Opt In Election Form. If you are signing in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Debtors' Claims and Noticing Agent, the Debtors or the Court, must submit proper evidence to the requesting party to so act on behalf of such Holder. In addition, please provide your name and mailing address if it is different from that set forth on the attached mailing label or if no such mailing label is attached to this Opt In Election Form.

6. You do not need to submit this Opt In Election Form if you do not wish to opt into the third-party release in Article IX.C of the Plan.

RLF1 33027977v.7

**PLEASE RETURN YOUR OPT IN ELECTION FORM PROMPTLY IF YOU WISH TO OPT INTO THE THIRD-PARTY RELEASE IN <u>ARTICLE IX.C</u> OF THE PLAN.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS OPT IN ELECTION FORM, THESE ELECTION INSTRUCTIONS OR THE PROCEDURES FOR SUBMITTING AN OPT IN ELECTION FORM, PLEASE CALL STRETTO AT:**

**855.316.3507 (TOLL-FREE)**

**IF STRETTO DOES NOT ACTUALLY RECEIVE THIS OPT IN ELECTION FORM, OR A MASTER OPT IN ELECTION FORM SUBMITTED BY YOUR NOMINEE ON YOUR BEHALF, ON OR BEFORE <u>OCTOBER 15, 2025 AT 4:00 P.M. (PREVAILING EASTERN TIME)</u>, YOUR ELECTION FORM WILL NOT BE COUNTED.**