IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**SILVERGATE CAPITAL CORPORATION,** *et al.*<br>Debtors. [1] | Chapter 11<br>Case No. 24-12158 (KBO)<br>(Jointly Administered)<br>Objection Deadline: December 1, 2025 at 4:00 p.m. (ET) |

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that Sheppard, Mullin, Richter & Hampton LLP (the "Applicant") has today filed the attached *Eleventh Monthly Fee Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as 327(e) Special Counsel to the Debtors and Debtors-in-Possession for the Period from September 1, 2025 through September 30, 2025* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated October 10, 2024 [Docket No. 137] (the "Interim Compensation Order") and must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 no later than **4:00 p.m. (prevailing Eastern Time) on December 1, 2025** (the "Objection Deadline") and served upon: (i) the Debtors, 4225 Executive Square, Suite 600, La Jolla, CA 92037; (ii) counsel for the Debtors, (A) Cravath, Swaine and Moore, 375 Ninth Avenue, New York, NY 10001, Attn: George E. Zobitz (jzobitz@cravath.com)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

RLF1 34153861v.2

and Paul Zumbro (pzumbro@cravath.com) and (B) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Paul N. Heath (heath@rlf.com), Michael J. Merchant (merchant@rlf.com) and David T. Queroli (queroli@rlf.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); (iv) counsel to the Ad Hoc Preferred Stockholder Group, Milbank LLP, 55 Hudson Yards, New York, NY10001, Attn: Andrew Leblanc and Lauren Doyle (ldoyle@milbank.com); and (v) local counsel to the Ad Hoc Preferred Stockholder Group, Potter Anderson & Corroon LLP, 1313 N Market Street, 6th Floor, Wilmington, DE 19801, Attn: L. Katherine Good (kgood@potteranderson.com) and Christopher M. Samis (csamis@potteranderson.com).

PLEASE TAKE FURTHER NOTICE that if no objections to the Application are filed prior to the Objection Deadline, the Applicant may file a certificate of no objection with the Court, after which the Debtors shall be authorized by the Interim Compensation Order to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in the Application without the need for further order of the Court.

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is filed prior to the Objection Deadline, the Debtors shall be authorized by the Interim Compensation Order to pay the Applicant 80% of the fees and 100% of the expenses requested in the Application not subject to such objection without the need for further order of the Court.

RLF1 34153861v.2

| | |
|---|---|
| Dated: November 11, 2025<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Colin A. Meehan*<br>Paul N. Heath (No. 3704)<br>Michael J. Merchant (No. 3854)<br>David T. Queroli (No. 6318)<br>Emily R. Mathews (No. 6866)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:  heath@rlf.com<br>    merchant@rlf.com<br>    queroli@rlf.com<br>    mathews@rlf.com<br>    meehan@rlf.com<br><br>-and-<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>George E. Zobitz (admitted *pro hac vice*)<br>Paul H. Zumbro (admitted *pro hac vice*)<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>Email:  jzobitz@cravath.com<br>    pzumbro@cravath.com<br><br>*Counsel for Debtors and Debtors in Possession* |

RLF1 34153861v.2