# EXHIBIT A

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Paris Cribben                                                         SMRH Tax ID 95-1463164
General Counsel                                                            October 27, 2025
Silvergate Capital Corporation                                          Invoice 300241024
4225 Executive Square, Suite 600
La Jolla, CA 92037

Our Matter No.      87ZH-371270
                    Silvergate Capital Corporation - Aiding and Abetting
Billing Atty:       Polly Towill

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2025

| | | |
|---|---|---|
| Current Fees | $ 990.00 | |
| Total Current Activity | | $ 990.00 |
| Total Due for This Invoice | | $ 990.00 |

### DUE IMMEDIATELY UPON RECEIPT

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| | | 3440 Flair Drive |
| | | El Monte, CA 91731-2823 |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

87ZH-371270  Silvergate Capital Corporation - Aiding and Abetting
Polly Towill

October 27, 2025
Invoice 300241024
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 09/30/25

### **FEE DETAIL**

09/03/25      Strategy on moving settlement approval forward.

Polly Towill                                    .40 hrs.

09/08/25      Reviewed emails re preliminary approval and followed up re same.

John P. Stigi                                    .30 hrs.

### **SUMMARY OF TIMEKEEPER FEES**

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 000234 | Polly Towill | .40 | $ 1,215.00 | $ 486.00 |
| 000338 | John P. Stigi | .30 | $ 1,680.00 | $ 504.00 |

**Total Fees for Professional Services**                    $ 990.00

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Paris Cribben                                  SMRH Tax ID 95-1463164
General Counsel                                      October 27, 2025
Silvergate Capital Corporation                     Invoice 300241023
4225 Executive Square, Suite 600
La Jolla, CA 92037

Our Matter No.        87ZH-368527
                      Silvergate Capital Corporation In re Silvergate Capital Corporation Securities
                      Litigation
Billing Atty:         Polly Towill

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2025

Current Fees                          $ 16,847.50

Total Current Activity                               $ 16,847.50
Total Due for This Invoice                           $ 16,847.50

### DUE IMMEDIATELY UPON RECEIPT

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank: ███ | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

87ZH-368527  Silvergate Capital Corporation In re Silvergate Capital Corporation Securities Litigation
Polly Towill

October 27, 2025
Invoice 300241023
Page 2 of 6

FOR PROFESSIONAL SERVICES THROUGH 09/30/25

<u>**FEE DETAIL**</u>

**Fee/Employment Applications & Statements**

| | | | |
|---|---|---|---|
| 09/04/25 | Finalize monthly fee application. | | |
| | Catherine  Jun | 1.00 hrs. | $ 1025.00/hr. |
| 09/05/25 | Reviewed and approved July fee application. | | |
| | Michael  Driscoll | .30 hrs. | $ 1225.00/hr. |
| 09/05/25 | Further revise, finalize July fee application ( 1.7); correspond with SMRH team re same (.1); correspond with RLF re filing same (.1); correspond with SMRH team re August invoices (.2). | | |
| | Catherine  Jun | 2.10 hrs. | $ 1025.00/hr. |
| 09/11/25 | Review August invoice in advance of monthly fee application. | | |
| | Catherine  Jun | .40 hrs. | $ 1025.00/hr. |
| 09/12/25 | Review monthly invoice in advance of fee application (.5); draft August fee application (1.2). | | |
| | Catherine  Jun | 1.70 hrs. | $ 1025.00/hr. |
| 09/25/25 | Correspond with billing team re August invoice. | | |
| | Catherine  Jun | .10 hrs. | $ 1025.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

87ZH-368527  Silvergate Capital Corporation In re Silvergate Capital Corporation Securities     October 27, 2025
Litigation     Invoice 300241023
Polly Towill     Page 3 of 6

### *Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Driscoll | 0.30 | $ 1,225.00 | $ 367.50 |
| Catherine Jun | 5.30 | $ 1,025.00 | $ 5,432.50 |
| Totals | 5.60 | $ 1,035.71 | $ 5,800.00 |

## Other Contested Matters (excluding assumption/rejection motions)

09/02/25     Chapter 11 Plan-review revised plan.

    Polly  Towill     .40 hrs.     $ 1215.00/hr.

09/02/25     Preparation for final approval hearing.

    Polly  Towill     .70 hrs.     $ 1215.00/hr.

09/02/25     Conferred with bankruptcy counsel re hearing background (0.5). Prepared for final approval hearing (1.8).

    John  P.  Stigi     2.30 hrs.     $ 1680.00/hr.

09/03/25     Review revised plan and revised disclosure statement.

    Polly  Towill     .50 hrs.     $ 1215.00/hr.

09/03/25     Prepared for and attended final approval hearing, and provided status update re same (1.6). Reviewed and circulated orders and judgment (0.3). Followed up re opt-out records (0.3).

    John  P.  Stigi     2.20 hrs.     $ 1680.00/hr.

09/04/25     Reviewed revisions to disclosure statement regarding securities litigation settlement.

    Michael  Driscoll     .30 hrs.     $ 1225.00/hr.

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

87ZH-368527  Silvergate Capital Corporation In re Silvergate Capital Corporation Securities     October 27, 2025
Litigation     Invoice 300241023
Polly Towill     Page 4 of 6

| | | | |
|---|---|---|---|
| 09/04/25 | Analyze revised disclosure statement for updates to securities settlement (.1); review settlement order (.1); correspond with M. Driscoll re same (.1). | | |
| | Catherine  Jun | .30 hrs. | $  1025.00/hr. |
| 09/05/25 | Correspondence regarding releases and update to disclosure statement. | | |
| | Polly  Towill | .30 hrs. | $  1215.00/hr. |
| 09/05/25 | Followed up re plan disclosure issues. | | |
| | John  P.  Stigi | .30 hrs. | $  1680.00/hr. |

*Timekeeper Summary of: Other Contested Matters (excluding assumption/rejection motions)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Polly Towill* | *1.90* | *$  1,215.00* | *$  2,308.50* |
| *John  P. Stigi* | *4.80* | *$  1,680.00* | *$  8,064.00* |
| *Michael Driscoll* | *0.30* | *$  1,225.00* | *$  367.50* |
| *Catherine Jun* | *0.30* | *$  1,025.00* | *$  307.50* |
| *Totals* | *7.30* | *$  1,513.36* | *$  11,047.50* |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Michael Driscoll | .60 | $  1,225.00 | $  735.00 |
| John P. Stigi | 4.80 | $  1,680.00 | $  8,064.00 |
| Polly Towill | 1.90 | $  1,215.00 | $  2,308.50 |
| Catherine Jun | 5.60 | $  1,025.00 | $  5,740.00 |

**Total Fees for Professional Services**     **$  16,847.50**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

87ZH-368527  Silvergate Capital Corporation In re Silvergate Capital Corporation Securities
Litigation
Polly Towill

October 27, 2025
Invoice 300241023
Page 5 of 6

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|-------|-------|---------|
| Fee/Employment Applications & Statements | 5.60 | $ 5,800.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 7.30 | $ 11,047.50 |