IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SILVERGATE CAPITAL CORPORATION,** *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24- 12158 (KBO)<br><br>(Jointly Administered) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 13, 2025 AT 2:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

I.  **CONFIRMATION:**

1.  First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 969 – filed September 5, 2025]

    Objection / Response Deadline:   October 15, 2025 at 4:00 p.m. (ET); extended for Centerview Partners LLC ("CVP") to October 20, 2025 at 4:00 p.m. (ET)

    Cure Objection Deadline:   October 27, 2025 at 4:00 p.m. (ET); extended for Infovity, Inc. (Oracle implementation) ("Oracle") to November 10, 2025 at 12:00 p.m. (ET)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

[2]  **Amended items appear in bold.**

Cure Objections / Received:

A.      Informal Response of Oracle

Objections / Responses Received:

A.      Informal Response of CVP

B.      Informal Response of the Securities and Exchange Commission (the "SEC")

C.      **Informal Response of the Office of the United States Trustee (the "U.S. Trustee")**

D.      **Informal Response of the Indemnified Individuals**

Related Documents:

i.      Motion of Debtors for Entry of an Order (I) Approving Global Settlement, Including Debtors Entry Into and Performance Under Indemnification Settlement and Securities Litigation Settlement, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 664 – filed April 22, 2025]

ii.      Preliminary Order (I) Approving Global Settlement, Including the Debtors' Entry Into And Performance Under Indemnification Settlement and Securities Litigation Settlement, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 732 – entered May 14, 2025]

iii.      Order Approving (I) Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation, Voting and Tabulation Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Establishing Cure Procedures; and (VI) Granting Related Relief [Docket No. 966 – entered September 5, 2025]

iv.      Disclosure Statement Pursuant to 11 U.S.C. § 1125 with Respect to First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 970 – filed September 5, 2025]

v.      Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to Confirmation of the Proposed Plan, and (V) Procedures and Deadline for Voting on the Plan [Docket No. 972 – filed September 5, 2025]

vi.      Affidavit of Publication of Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to Confirmation of the Proposed Plan, and (V) Procedures and Deadline for Voting on the Plan [Docket No. 993 – filed September 24, 2025]

vii. Notice of Filing of First Plan Supplement in Connection with First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1012 – filed October 8, 2025]

viii. Notice of Filing of Second Plan Supplement in Connection With First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and its Affiliated Debtors [Docket No. 1017 – filed October 13, 2025]

ix. Notice of Proposed Assumption and Assignment and Cure Amount Relating to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 1031 – filed October 17, 2025]

x. Notice of Adjournment of Hearing Scheduled for October 29, 2025, including Confirmation Hearing [Docket No. 1041 – filed October 27, 2025]

xi. Notice of Filing of Third Plan Supplement in Connection with First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and its Affiliated Debtors [Docket No. 1054 – filed October 31, 2025]

xii. Notice of Filing of Fourth Plan Supplement in Connection with First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1057 – filed November 10, 2025]

xiii. First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1058 – filed November 10, 2025]

xiv. Notice of Filing of Blackline of First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1059 – filed November 10, 2025]

xv. Declaration of Ivona Smith in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1060 – filed November 10, 2025]

xvi. Declaration of Ivona Smith in Support of the Releases Set Forth in the First Amended Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1061 – filed November 10, 2025]

xvii. Declaration Jeffrey Kopa in Support of Confirmation of First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1062 – filed November 10, 2025]

xviii. Declaration of Clarissa D. Cu Regarding the Solicitation and Tabulation of Votes on the First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1063 – filed November 10, 2025]

xix. Notice of Filing of Proposed Confirmation Order [Docket No. 1064 – filed November 10, 2025]

xx. **Notice of Filing of Fifth Plan Supplement in Connection with First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1070** – filed November 12, 2025]

xxi. **First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1071** – filed November 12, 2025]

xxii. **Notice of Filing of Blackline of First Amended Joint Chapter 11 Plan of Silvergate Capital Corporation and Its Affiliated Debtors [Docket No. 1072** – filed November 12, 2025]

xxiii. **Notice of Filing of Revised Proposed Confirmation Order [Docket No. 1073** – filed November 12, 2025]

Witness Information:

i. The Debtors may offer the testimony by declaration, proffer or live testimony of Ms. Ivona Smith, Independent Director and Sole Member of the Internal Investigation Committee of Silvergate Capital Corporation. Ms. Smith will be present in the courtroom. No parties have advised the Debtors that they intend to cross examine Ms. Smith, and the Debtors do not otherwise expect any cross examination of Ms. Smith.

ii. The Debtors may offer the testimony by declaration, proffer or live testimony of Mr. Jeffrey Kopa, Partner and Managing Director in the Financial Advisory Services practice at AlixPartners, LLP. Mr. Kopa will appear virtually by Zoom from New York, New York. No parties have advised the Debtors that they intend to cross examine Mr. Kopa, and the Debtors do not otherwise expect any cross examination of Mr. Kopa.

iii. The Debtors may offer the testimony by declaration, proffer or live testimony of Ms. Clarissa D. Cu, Director of Corporate Restructuring at Stretto, Inc. Ms. Cu will appear virtually by Zoom from Los Angeles, California. No parties have advised the Debtors that they intend to cross examine Ms. Cu, and the Debtors do not otherwise expect any cross examination of Ms. Cu.

Status: The Debtors have resolved the informal responses from CVP and Oracle. The Debtors also believe they have resolved the informal comments of the SEC and have not been apprised otherwise by the SEC. **Subsequent to the filing of the Proposed Confirmation Order, the Debtors received and resolved certain informal comments from the U.S. Trustee and the Indemnified Individuals.** The Debtors are not presently aware of any pending objections to confirmation of the Plan. The hearing on this matter is going forward.

| | |
|---|---|
| Dated: November 12, 2025<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/  David T. Queroli*<br>Paul N. Heath (No. 3704)<br>Michael J. Merchant (No. 3854)<br>David T. Queroli (No. 6318)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:   heath@rlf.com<br>             merchant@rlf.com<br>             queroli@rlf.com<br>             mathews@rlf.com<br><br>-and-<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>George E. Zobitz (admitted *pro hac vice*)<br>Paul H. Zumbro (admitted *pro hac vice*)<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone:  (212) 474-1000<br>Facsimile:   (212) 474-3700<br>Email:   jzobitz@cravath.com<br>             pzumbro@cravath.com<br><br>*Counsel for Debtors and Debtors in Possession* |