# Exhibit F

## Assumption Schedule: Liquidation Trust

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Liquidation Corporation fka Silvergate Bank | Adobe, Inc. (Reseller: CDW) | 345 Park Avenue San Jose, CA 95110-2704 | 20240618 Adobe General Terms of Use (online) 20240618 Adobe_Software-Product-Specific-Terms-en_US (online) CDW Invoice LG04692 Detail 10 Perpetual license CDW Invoice LJ08927 Detail 10 Perpetual license CDW Sales and Service Projects 6.23.2023 (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Apex Systems, LLC | 4400 Cox Road Suite 200 Glen Allen, Virginia 23060 | 20190923 Apex Systems, LLC Technical Staffing MSA | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Berkeley Research Group, LLC (BRG) | 2200 Powell Street Suite 1200 Emeryville, CA 94608 | 20230502 BRG & Silvergate Bank Engagement Letter 20231219 BRG Addendum No. 1 20240322 BRG Addendum No. 2 20240625 BRG Addendum No. 3 20240626 BRG Addendum No. 4 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Certified Records Management, LLC | 7880 Crossway Drive Pico Rivera, California 90660 | 20230623 Certified Master Agreement Records Storage and Management Services (FE) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | CrowdStrike, Inc. (Reseller: Evotek, Inc.) | 206 E. 9th Street, Suite 1400 Austin, TX 78701 | 20200427 Evotek, Inc. Master Purchases and Services Agreement 20250113 Crowdstrike - Premium (Evotek reseller) thru 1.12.2026 CrowdStrike, Inc. Terms and Conditions (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | DocuSign, Inc. | 221 Main Street, Suite 800 San Francisco, CA 94105 | 20250519 DocuSign MSA and Order Form thru 05.18.2026 DocuSign Signature Corporate Subscriber Terms Conditions (online) | $0.00 |
| Silvergate Capital Corporation | FedEx Corporate Services, Inc. | 942 S Shady Grove Rd Memphis, TN 38120 | 20190604 FedEx Pricing Agreement 20210601 FedEx Pricing Agreement Amendment | $64.31 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Infovity, Inc. (Oracle implementation) | 1825 S Grant St, Suite 300 San Mateo, CA 94402 | 20210427 MSA Infovity, Inc. 20211117 Infovity Managed Service Agreement (OD Amendment and Restatement) 20230701 Infovity Amendment No. 1 20240412 Infovity Amendment No. 2 20250321 Infovity Amendment No.3 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank Silvergate Capital Corporation | Mibura, Inc. | 10940 Wilshire Blvd 24th floor Los Angeles, CA 90024 | Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale | $13,695.11 |
| Silvergate Liquidation Corporation fka Silvergate Bank Silvergate Capital Corporation | Microsoft Corporation: 365 (Reseller: Mibura, Inc.) | One Microsoft Way Redmond, WA 98052 | 20250101 Microsoft365 Licenses (Mibura) Quote and Invoice 20250930 Microsoft Services Agreement (online) Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Microsoft Corporation: Azure (Reseller: Mibura) | One Microsoft Way Redmond, WA 98052 | 20190301 Microsoft Azure Online Subscription Agreement (online) 20221201 Microsoft Online Services Consolidated SLA (online) 20220210 Microsoft Customer Agreement Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale Microsoft Customer Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Oracle America, Inc. | 500 Oracle Parkway Redwood Shores, CA 94065 | 20210425 Oracle America, Inc. CSA 20210425 Oracle America, Inc. CSA Amendment 20250427 Oracle America, Inc. Ordering Document thru 10.26.2025 | $12.00 |
| Silvergate Capital Corporation | Premier Office Centers, LLC | 2102 Business Center Dr. Irvine, CA 92612 | 20250101 Premier Workspaces_Virtual Office Agreement | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Rubrik, Inc. (Reseller: Evotek, Inc.) | 3495 Deer Creek Rd Palo Alto, CA 94304 | 20200427 Evotek, Inc. Master Purchases and Services Agreement 20220815 Rubrik acceptable use policy for SAAS (online) 20250403 Rubrik, Inc (Evotek Reseller)_Security Cloud 20250325 Rubrik Licensing Guide (Online) 20250113 Rubrik Customer DPA (Online) 20240821 Rubrik Service Agreement and Licensing Guide Click Thru (Online) | $0.00 |
| Silvergate Capital Corporation and/or Silvergate Liquidation Corporation fka Silvergate Bank | United Litigation Discovery | 220 Sansome St #800 San Francisco, CA 94104 | 20221222 ULD E-Discovery Services Engagement Letter | $47,223.45 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Verafin Solutions ULC | 18 Hebron Way St. John's, NL Canada A1A 0L9 | 20230701 Verafin MSA and Order Form (Read-Only) 20230706 Verafin Order Form Read Only Amendment.01D 20240906 Verafin Order Form.Amendment 2 - Read-Only Access | $0.00 |

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Liquidation Corporation fka Silvergate Bank | Evotek, Inc. | 462 Stevens Avenue, Suite 308 Solana Beach, CA 92075 | 20200427 Evotek, Inc. Master Purchases and Services Agreement | $0.00 |

**Exhibit F-1**

**Redline of Assumption Schedule: Liquidation Trust**

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Liquidation Corporation fka Silvergate Bank | Adobe, Inc. (Reseller: CDW) | 345 Park Avenue San Jose, CA 95110-2704 | 20240618 Adobe General Terms of Use (online) 20240618 Adobe_Software-Product-Specific-Terms-en_US (online) CDW Invoice LG04692 Detail 10 Perpetual license CDW Invoice LJ08927 Detail 10 Perpetual license CDW Sales and Service Projects 6.23.2023 (online) | $0.00 |
| Silvergate Capital Corporation | American Express Travel Related Services Company, Inc. | 20022 North 31st Ave Mail Code AZ-08-03-11 Phoenix, AZ 85027 | 20200626 American Express Commercial Account Agreement (Silvergate Capital Corporation) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Apex Systems, LLC | 4400 Cox Road Suite 200 Glen Allen, Virginia 23060 | 20190923 Apex Systems, LLC Technical Staffing MSA | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Berkeley Research Group, LLC (BRG) | 2200 Powell Street Suite 1200 Emeryville, CA 94608 | 20230502 BRG & Silvergate Bank Engagement Letter 20231219 BRG Addendum No. 1 20240322 BRG Addendum No. 2 20240625 BRG Addendum No. 3 20240626 BRG Addendum No. 4 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Certified Records Management, LLC | 7880 Crossway Drive Pico Rivera, California 90660 | 20230623 Certified Master Agreement Records Storage and Management Services (FE) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | CrowdStrike, Inc. (Reseller: Evotek, Inc.) | 206 E. 9th Street, Suite 1400 Austin, TX 78701 | 20200427 Evotek, Inc. Master Purchases and Services Agreement 20250113 Crowdstrike - Premium (Evotek reseller) thru 1.12.2026 CrowdStrike, Inc. Terms and Conditions (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | DocuSign, Inc. | 221 Main Street, Suite 800 San Francisco, CA 94105 | 20250519 DocuSign MSA and Order Form thru 05.18.2026 DocuSign Signature Corporate Subscriber Terms Conditions (online) | $0.00 |
| Silvergate Capital Corporation | FedEx Corporate Services, Inc. | 942 S Shady Grove Rd Memphis, TN 38120 | 20190604 FedEx Pricing Agreement 20210601 FedEx Pricing Agreement Amendment | $64.31 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Infovity, Inc. (Oracle implementation) | 1825 S Grant St, Suite 300 San Mateo, CA 94402 | 20210427 MSA Infovity, Inc. 20211117 Infovity Managed Service Agreement (OD Amendment and Restatement) 20230701 Infovity Amendment No. 1 20240412 Infovity Amendment No. 2 20250321 Infovity Amendment No.3 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank Silvergate Capital Corporation | Mibura, Inc. | 10940 Wilshire Blvd 24th floor Los Angeles, CA 90024 | Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale | $13,695.11 |
| Silvergate Liquidation Corporation fka Silvergate Bank Silvergate Capital Corporation | Microsoft Corporation: 365 (Reseller: Mibura, Inc.) | One Microsoft Way Redmond, WA 98052 | 20250101 Microsoft365 Licenses (Mibura) Quote and Invoice 20250930 Microsoft Services Agreement (online) Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Microsoft Corporation: Azure (Reseller: Mibura) | One Microsoft Way Redmond, WA 98052 | 20190301 Microsoft Azure Online Subscription Agreement (online) 20221201 Microsoft Online Services Consolidated SLA (online) 20220210 Microsoft Customer Agreement Mibura, Inc. - Master Services Agreement Mibura, Inc. - Supplier Commercial Terms of Sale Microsoft Customer Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Oracle America, Inc. | 500 Oracle Parkway Redwood Shores, CA 94065 | 20210425 Oracle America, Inc. CSA 20210425 Oracle America, Inc. CSA Amendment 20250427 Oracle America, Inc. Ordering Document thru 10.26.2025 | $12.00 |
| Silvergate Capital Corporation | Premier Office Centers, LLC | 2102 Business Center Dr. Irvine, CA 92612 | 20250101 Premier Workspaces_Virtual Office Agreement | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Rubrik, Inc. (Reseller: Evotek, Inc.) | 3495 Deer Creek Rd Palo Alto, CA 94304 | 20200427 Evotek, Inc. Master Purchases and Services Agreement 20220815 Rubrik acceptable use policy for SAAS (online) 20250403 Rubrik, Inc (Evotek Reseller)_Security Cloud 20250325 Rubrik Licensing Guide (Online) 20250113 Rubrik Customer DPA (Online) 20240821 Rubrik Service Agreement and Licensing Guide Click Thru (Online) | $0.00 |
| Silvergate Capital Corporation and/or Silvergate Liquidation Corporation fka Silvergate Bank | United Litigation Discovery | 220 Sansome St #800 San Francisco, CA 94104 | 20221222 ULD E-Discovery Services Engagement Letter | $47,223.45 |
| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |

| | | | | |
|---|---|---|---|---|
| Silvergate Liquidation Corporation fka Silvergate Bank | Verafin Solutions ULC | 18 Hebron Way<br>St. John's, NL Canada A1A 0L9 | 20230701 Verafin MSA and Order Form (Read-Only)<br>20230706 Verafin Order Form Read Only Amendment.01D<br>20240906 Verafin Order Form.Amendment 2 - Read-Only Access | $0.00 |

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Liquidation Corporation fka Silvergate Bank | Evotek, Inc. | 462 Stevens Avenue, Suite 308 Solana Beach, CA 92075 | 20200427 Evotek, Inc. Master Purchases and Services Agreement | $0.00 |