<u>**Exhibit G**</u>

**Assumption Schedule: Reorganized Silvergate**

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Capital Corporation | Amazon Web Services, Inc. | 410 Terry Avenue North<br>Seattle, WA 98109-5210 | 20221213 AWS Customer Agreement (standard)(online)<br>20221223 AWS Service Terms (online)<br>AWS - Assignment<br>AWS - Availability for Select AWS Services (SLA)(online)<br>20220210 AWS Consent to Assignment (Business Self-Service) | $10,125.54 |
| Silvergate Capital Corporation | American Express Travel Related Services Company, Inc. | 20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 | 20200626 American Express Commercial Account Agreement (Silvergate Capital Corporation) | $0.00 |
| Silvergate Capital Corporation | Apple Inc. | One Apple Park Way<br>Cupertino, CA 95014 | 20220606 Apple Developer Agreement (Terms of Use)(online)<br>20220606 Apple Developer Program License Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Cloudflare, Inc. | 101 Townsend Street<br>San Francisco, CA 94107-1934 | 20220201 Cloudflare, Inc. Supplemental Terms (online)<br>20240509 Cloudflare Self-Serve Subscription Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | CT Corporation System | 28 Liberty Street<br>New York, NY 10005 | 20190627 CT Corporation Systems (Registered Agent & Annual Report Service Order Form, POA, Terms of Service)<br>CT Corporation System Service Terms and Conditions updated 8.2.2016 (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Delinea fka ThycoticCentrify (Reseller: Evotek, Inc.) | 221 Main Street, Suite 1300<br>San Francisco, CA 94105 | 20200427 Evotek, Inc. Master Purchases and Services Agreement<br>20241026 Delinea (Secret Server) Renewal thru 10.25.2025<br>20251026 Delinea (Secret Server) Renewal thru 10.25.2026<br>20250910 Delinea Master Subscription and License Agreement _ MSLA (online)<br>Thycotic Software Products and Services - End User License Agreement (EULA) | $0.00 |
| Silvergate Capital Corporation | Docker, Inc. | 3790 El Camino Real #1052<br>Palo Alto, CA 94306 | 20201214 Docker Terms of Service (online)<br>Docker Subscription Service Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Elementor Ltd. | Tuval St 40, Ramat Gan, Israel | 20251003 Elementor.com_Terms And Conditions (online)<br>Elementor.com_Store Policies (online)<br>The GNU General Public License v3.0 - GNU Project - Free Software Foundation (online) | $0.00 |
| Silvergate Capital Corporation | Equiniti Trust Company, LLC (fka American Stock Transfer & Trust Company, LLC) | 28 Liberty Street, 53rd Floor<br>New York, NY 10005 | AST-SCC Agreement 08.27.18 Fully Executed | $1,583.89 |
| Silvergate Capital Corporation | Github, Inc. | 88 Colin Kelly P Kelly Jr. Street<br>San Francisco, CA 94107 | 20241229 GitHub Order Form (SCC) Subscription Term 12292024 to 12282025<br>20210703 GitHub Enterprise Server Product Specific Terms (online)<br>20250301 GitHub Customer Agreement General Terms (online)<br>20241024 GitHub Enterprise Cloud Product Specific Terms (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | GoDaddy.com, LLC | 100 S. Mill Ave, Suite 1600<br>Tempe, AZ 85281 | 20250425 GoDaddy Universal Terms of Service Agreement (online)<br>20250910 GoDaddy - Hosting & Security Services Agreement (online) | $0.00 |

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Capital Corporation | nCipher Security Limited (acquired by Entrust Corporation) | Entrust<br>1187 Park Place<br>Shakopee, MN 55379 | 20201214 nCipher Master Solution Agreement_Diem<br>20210510 nCipher Security Limited Notice of Assignment from Diem Networks, LLC to Diem Networks, US<br>1. nCipher Security Limited SOW 1 HSM Hosting and Operations (Production Environment)(Diem)<br>1.1 nCipher Security Limited SOW 1 Attachment A (SLAs) (Diem)<br>1.2 nCipher Security Limited SOW 1 Attachment B (Pricing Schedule) (Diem)<br>1.2 nCipher Security Limited SOW 1 Attachment B (Pricing Schedule) (Diem)<br>1.4 nCipher Security Limited SOW 1 Side Letter (Diem)<br>1.5 nCipher (Entrust) S28591 Service Agreement 12.31.2025 (SOW 1)<br>2. nCipher Security Limited SOW 2 UK Test Environment (Diem)<br>2.1 nCipher Security Limited SOW 2 Attachment A (SLA) (Diem)<br>2.2 nCipher Security Limited SOW 2 Attachment B (Pricing Schedule) (Diem)<br>2.5 nCipher (Entrust) S43052 Service Agreement thru 12.31.2025 (SOW 2) | $0.00 |
| Silvergate Capital Corporation | Netlify, Inc. | 44 Montgomery St, Suite 300<br>San Francisco, CA 94104 | 20220131 Netlify Terms of Use Agreement (online)<br>Netlify Self-Serve Subscription Agreement (online) 11.01.2023 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Shannon Lindner | PO Box 36983<br>Phoenix, AZ 85067 | Shannon Lindner - Professional Services Agreement | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | WPEngine, Inc. | 504 Lavaca Street, Suite 1000<br>Austin, Texas 78701 | 20210512 Service Level Agreement _ WP Engine®(online)<br>20230103 Terms of Service _ WP Engine®(online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Evotek, Inc. | 462 Stevens Avenue, Suite 308<br>Solana Beach, CA 92075 | 20200427 Evotek, Inc. Master Purchases and Services Agreement | $0.00 |

<u>**Exhibit G-1**</u>

**Redline of Assumption Schedule: Reorganized Silvergate**

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Capital Corporation | Amazon Web Services, Inc. | 410 Terry Avenue North<br>Seattle, WA 98109-5210 | 20221213 AWS Customer Agreement (standard)(online)<br>20221223 AWS Service Terms (online)<br>AWS - Assignment<br>AWS - Availability for Select AWS Services (SLA)(online)<br>20220210 AWS Consent to Assignment (Business Self-Service) | $10,125.54 |
| Silvergate Capital Corporation | American Express Travel Related Services Company, Inc. | 20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 | 20200626 American Express Commercial Account Agreement (Silvergate Capital Corporation) | $0.00 |
| Silvergate Capital Corporation | Apple Inc. | One Apple Park Way<br>Cupertino, CA 95014 | 20220606 Apple Developer Agreement (Terms of Use)(online)<br>20220606 Apple Developer Program License Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Cloudflare, Inc. | 101 Townsend Street<br>San Francisco, CA 94107-1934 | 20220201 Cloudflare, Inc. Supplemental Terms (online)<br>20240509 Cloudflare Self-Serve Subscription Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | CT Corporation System | 28 Liberty Street<br>New York, NY 10005 | 20190627 CT Corporation Systems (Registered Agent & Annual Report Service Order Form, POA, Terms of Service)<br>CT Corporation System Service Terms and Conditions updated 8.2.2016 (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Delinea fka ThycoticCentrify (Reseller: Evotek, Inc.) | 221 Main Street, Suite 1300<br>San Francisco, CA 94105 | 20200427 Evotek, Inc. Master Purchases and Services Agreement<br>20241026 Delinea (Secret Server) Renewal thru 10.25.2025<br>20251026 Delinea (Secret Server) Renewal thru 10.25.2026<br>20250910 Delinea Master Subscription and License Agreement _ MSLA (online)<br>Thycotic Software Products and Services - End User License Agreement (EULA) | $0.00 |
| Silvergate Capital Corporation | Docker, Inc. | 3790 El Camino Real #1052<br>Palo Alto, CA 94306 | 20201214 Docker Terms of Service (online)<br>Docker Subscription Service Agreement (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Elementor Ltd. | Tuval St 40, Ramat Gan, Israel | 20251003 Elementor.com_Terms And Conditions (online)<br>Elementor.com_Store Policies (online)<br>The GNU General Public License v3.0 - GNU Project - Free Software Foundation (online) | $0.00 |
| Silvergate Capital Corporation | Equiniti Trust Company, LLC (fka American Stock Transfer & Trust Company, LLC) | 28 Liberty Street, 53rd Floor<br>New York, NY 10005 | AST-SCC Agreement 08.27.18 Fully Executed | $1,583.89 |
| Silvergate Capital Corporation | Github, Inc. | 88 Colin Kelly P Kelly Jr. Street<br>San Francisco, CA 94107 | 20241229 GitHub Order Form (SCC) Subscription Term 12292024 to 12282025<br>20210703 GitHub Enterprise Server Product Specific Terms (online)<br>20250301 GitHub Customer Agreement General Terms (online)<br>20241024 GitHub Enterprise Cloud Product Specific Terms (online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | GoDaddy.com, LLC | 100 S. Mill Ave, Suite 1600<br>Tempe, AZ 85281 | 20250425 GoDaddy Universal Terms of Service Agreement (online)<br>20250910 GoDaddy - Hosting & Security Services Agreement (online) | $0.00 |

| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
|---|---|---|---|---|
| Silvergate Capital Corporation | nCipher Security Limited (acquired by Entrust Corporation) | Entrust<br>1187 Park Place<br>Shakopee, MN 55379 | 20201214 nCipher Master Solution Agreement_Diem<br>20210510 nCipher Security Limited Notice of Assignment from Diem Networks, LLC to Diem Networks, US<br>1. nCipher Security Limited SOW 1 HSM Hosting and Operations (Production Environment)(Diem)<br>1.1 nCipher Security Limited SOW 1 Attachment A (SLAs) (Diem)<br>1.2 nCipher Security Limited SOW 1 Attachment B (Pricing Schedule) (Diem)<br>1.2 nCipher Security Limited SOW 1 Attachment B (Pricing Schedule) (Diem)<br>1.4 nCipher Security Limited SOW 1 Side Letter (Diem)<br>1.5 nCipher (Entrust) S28591 Service Agreement 12.31.2025 (SOW 1)<br>2. nCipher Security Limited SOW 2 UK Test Environment (Diem)<br>2.1 nCipher Security Limited SOW 2 Attachment A (SLA) (Diem)<br>2.2 nCipher Security Limited SOW 2 Attachment B (Pricing Schedule) (Diem)<br>2.5 nCipher (Entrust) S43052 Service Agreement thru 12.31.2025 (SOW 2) | $0.00 |
| Silvergate Debtor | Vendor Name | Vendor Address | Contract Name | Cure Amount |
| Silvergate Capital Corporation | Netlify, Inc. | 44 Montgomery St, Suite 300<br>San Francisco, CA 94104 | 20220131 Netlify Terms of Use Agreement (online)<br>Netlify Self-Serve Subscription Agreement (online) 11.01.2023 | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Shannon Lindner | PO Box 36983<br>Phoenix, AZ 85067 | Shannon Lindner - Professional Services Agreement | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | WPEngine, Inc. | 504 Lavaca Street, Suite 1000<br>Austin, Texas 78701 | 20210512 Service Level Agreement _ WP Engine®(online)<br>20230103 Terms of Service _ WP Engine®(online) | $0.00 |
| Silvergate Liquidation Corporation fka Silvergate Bank | Evotek, Inc. | 462 Stevens Avenue, Suite 308<br>Solana Beach, CA 92075 | 20200427 Evotek, Inc. Master Purchases and Services Agreement | $0.00 |