# Exhibit H

## Schedule of Retained Causes of Action

*See* **Docket No. 1017**